ORIGINAL

RECEIVED
2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

AMERICAN TECH CORP

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] ANN MARIE BENDER

Firm Name: SMITH & HENNESSEY

04-1133C

Post Office Box:

Street Address: 316 OCCIDENTAL AVE S., SUITE 500

City-State-Zip: SEATTLE, WA 98104

Telephone & Facsimile Numbers: TEL: (206) 292-1770; FAX: (206) 292-1790

E-mail address: abender@smithhennessey.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Suit based upon express or implied contract, pursuant to 28 USC § 1491(a)(1)

Government Agency Involved: 0

**See attached Sheet for three digit code.**

Amount Claimed: $ 269,000.80, plus interest, fees, costs and other relief.

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** $

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003

COPY