www.AmericanTechCorp.com
Technology at your Fingertips
Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

# INVOICE - WORK ORDER

INVOICE NUMBER: 12483
Reference: 4092
PO Number:

| | | | |
|---|---|---|---|
| To: | INS | Date Ordered: | 09/17/01 |
| Address: | 1000 2nd Ave Suite 2550 | Start Date: | 09/18/01 |
| | Seattle, WA 98104 | Job Phone: | (206) 553-0590 |
| Attn: | Steve Chang: Fax # (206) 553-4176 | Job Location: | Cruise Ship Inspection Booths; Audio and Video Recording |
| Ordered By: | Steve Chang | | 2225 Alaskan Way, Seattle, WA 98121 Remy V.; (206) 255-1777 |

Order Taken By: Lee Wilson
Completion Date: 10/11/01
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 6 | 24 Hour Real Time Recorders with | $659.00 | $3,954.00 |
| | Master Clock Set and Master Eject | | |
| | 42510083,84,94,100,119,126, | | |
| 6 | High Resolution Color Security Cameras | $287.00 | $1,722.00 |
| 6 | Omni Directional Microphone Set | $337.50 | $2,025.00 |
| | | | |
| 6 | Manual IrisLenses. For use in | $75.00 | $450.00 |
| | controlled lighting areas. | | |
| | | | |
| 6 | Adjustable Wall Mount type Camera | $36.00 | $216.00 |
| | Mounts | | |
| | | | |
| 1 | 24VAC Power Supply: Each Camera | $236.40 | $236.40 |
| | Individually Fused | | |
| 1 | 72" Tall 19" Type Equipment Racks | $149.00 | $149.00 |
| | (Open Sided) | | |
| 8 | 19" Equipment Rack Shelves | $38.00 | $304.00 |
| 1 | Lot Cable, Connectors, Hardware | $200.00 | $200.00 |
| | | | |
| 1 | 17" High Resolution Color Monitor | $577.00 | $577.00 |
| 1 | 24 Hour Real Time Recorder for Review | $659.00 | $659.00 |
| | of Tapes from any of the Booth | | |
| | Recorders S/N 425100130 | | |
| 1 | 8 Position Switcher for Real Time | $159.00 | $159.00 |
| | Review of any Booth | | |
| 75 | Professional Recording Tapes | $3.50 | $262.50 |
| | | TOTAL | $10,913.90 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| Options: (Includes Basic Installation) | |
| 1) Security Camera Housing $ 135.00 each | |
| 2) Security Type 19" Equip Racks $ 850.00 each | |
| 3) Second 17" Color Monitor $ 577.00 each | |
| For Easier Real Time Monitoring of Each Booth | |

BEGINNING PROJECT:
PIER 66
PORT OF SEATTLE
CRUISE SHIP TERMINAL
TOTAL: $ 41,663.90

| | AMOUNT |
|---|---|
| Basic Labor to Install | $2,000.00 |
| TOTAL | $2,000.00 |

| DESCRIPTION OF WORK | COST SUMMARY | |
|---|---|---|
| Audio and Video Recording for Six Primary Inspection Booths for the Cruise Ship Terminal. | MATERIALS | $10,913.90 |
| | ALARM MONITORING | |
| Each Booth will have a dedicated Camera, Microphone, and Recorder. Individule Tapes may be | MISC CHARGES | |
| recorded and retained from each Recorder (Booth) for each Day for keeping a history of each Booth. | LABOR | $2,000.00 |
| The Tape count of 75 above, provides for 7 Tapes (One Week) for each Booth plus some spares. | SUB TOTAL | $12,913.90 |
| More Tapes may be ordered in order to keep a longer history for each Booth, say for a 30 Day period. | ADJUSTMENTS | |
| | TOTAL | $12,913.90 |
| The system will allow for Real Time Monitoring of each Booth (one Booth at a time) for Supervisory | Federal Exempt TAX | $0.00 |
| Review during Inspections. An additional Recorder is also included for review of Tapes from any | GRAND TOTAL | $12,913.90 |
| Booth while still keeping that Booth operational and able to process on going Inspections. | DOWN PAYMENT | |
| | BALANCE DUE | $12,913.90 |

CUSTOMER SIGNATURE ____________ WORK COMPLETED BY: ____________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM PAYMENT DUE UPON RECEIPT

AMERI[illegible] CORP
[illegible]300 PACIFIC HWY E
TACOMA, WA 98424
[illegible]53-922-7522

BATCH: 306
S-A-L-E-S D-R-A-F-T
73614835
009500379170

REF: 0435
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: OCT 17, 01 11:50:40

TOTAL $12913.90*

ACCT: 5568960000500943 EXP: 03/11
AP: 097555

**** IMPRINT CARD ****

CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X per Customer

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

www.American TechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

I-5 AT FIFE

# INVOICE - WORK ORDER

INVOICE NUMBER: 12565
Reference: 4175
PO Number:

To: INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn: Steve Chang; Fax # (206) 553-4176
Ordered By: Steve Chang

Date Ordered: 09/17/01
Start Date: 09/18/01
Job Phone: (206) 553-0590
Job Location: Cruise Ship Terminal, Pier 66 Remy Valenzuela (206) 255-1777
2225 Alaskan Way, Seattle, WA 98121

Order Taken By: Lee Wilson
Completion Date: 10/16/01
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| | | TOTAL | |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| Labor Hours Continued: | |
| 10/11/01 30 Hrs | $2,850.00 |
| 10/16/01 10 Hrs | $950.00 |
| Less Original Invoice Hours (Invoice # 12483) | ($2,000.00) |
| Less 7th Camera Labor Hours (Invoice # 12558) | ($300.00) |
| TOTAL | $1,500.00 |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time 09/13/01-09/18/01 | 5.00 | $475.00 |
| 09/2501 | 46.50 | $4,417.50 |
| 09/26/01 | 51.00 | $4,845.00 |
| 09/27/01 | 42.00 | $3,990.00 |
| 09/28/01 | 31.00 | $2,945.00 |
| 10/03/01 | 58.00 | $5,510.00 |
| 10/09/01 | 87.00 | $8,265.00 |
| INS DISCOUNT | | ($10,815.00) |
| | TOTAL | $19,632.50 |

## DESCRIPTION OF WORK

Labor portion of CCTV Security Camera Recording System installed at the Cruise Ship Terminal, Pier 66, Seattle, Washington.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | |
| ALARM MONITORING | |
| MISC CHARGES | $1,500.00 |
| LABOR | $19,632.50 |
| SUB TOTAL | $21,132.50 |
| ADJUSTMENTS | |
| TOTAL | $21,132.50 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $21,132.50 |
| DOWN PAYMENT | |
| BALANCE DUE | $21,132.50 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

AMERICAN ... P
6300 PACIFIC ... E
TACOMA, WA 98424
253-922-7522

BATCH: 307
S-A-L-E-S D-R-A-F-T
73614835
0095000378170

REF: 0437
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: OCT 17, 01 13:20:30

TOTAL $21132.50*

ACCT: 5568960000500943
AP: 094700 EXP: 03/11

**** IMPRINT CARD ****

CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

# INVOICE - WORK ORDER

www.AmericanTechCorp.com
Technology at your Fingertips

Mailing Address
P.O. Box 10
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

INVOICE NUMBER: 12559
Reference: 4169
PO Number:

To: INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn: Steve Chang: Fax # (206) 553-4176
Ordered By: Steve Chang

Date Ordered: 09/17/01
Start Date: 09/18/01
Job Phone: (206) 553-0590
Job Location: Cruise Ship Terminal, Pier 66
2225 Alaskan Way, Seattle, WA 98121

Order Taken By: Lee Wilson
Completion Date: 10/16/01
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 1 | Lot Conduit, Connectors, Fittings, Hardware | $3,000.00 | $3,000.00 |
| 5,000 | Feet RG-59 Coax Cable. 95% Copper Braid, Copper Center Conductor | $0.24 | $1,200.00 |
| 4,000 | Feet 18/2 Shielded w/Ground | $0.10 | $400.00 |
| 1,500 | Feet Control Cable | $0.10 | $150.00 |
| 1 | Upgrade to Full Equipment Rack with Sides and Top (Per Remy V. Request) | $850.00 | $850.00 |
| 1 | Add Front and Rear Locking Doors and Casters to Equipment Rack (Per Remy Request) | $225.00 | $225.00 |
| 1 | Microphone Key Switch for Secondary Inspection Booth | $25.00 | $25.00 |
| | | TOTAL | $5,850.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| Notes: | |
| Mike Young; Ass. Terminal Mgr. (206) 615-3961 | |
| Pete Pritchard; Pier 66 Facilities (206) 465-5889 | |
| Jim Fultz; Port of Sea. Electrician (206) 321-3790 | |
| *** The above personnel for Port of Seattle, Pier are familiar with the scope and Port requirements for the completion of this project.*** | |
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| TOTAL | |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| | TOTAL | |

## DESCRIPTION OF WORK

Meet with Remy V. of INS and Mike Young of Port of Seattle. Remy goes over equipment placement of Cameras and Recorders. Cameras are on 2nd Floor of facility towards North end of the building. The Recording equipment is to be in the INS offices towards the South end of the facility. We then meet with Mike Young, Terminal Manager, who instructs us to meet with his Facilities Manager, Pete Pritchard. We arrange the earliest time to meet with Pete and arrive at site. Pete has the Port Electrician, Jim Foltz go over the specifics of working at this site. This includes all wire and cable in metal conduit. We let Steve Chang know about the conduit requirement via telephone, and he instructed us to proceed. We also let Remy know it would simpler to install the Recording Equipment Rack in an area closer to the Cameras but this is not suitable for security and operational reasons. Several calls are placed to Steve Chang to further apprise him of the changes/additions of the conduit and extra cable lengths but we are unable to get in contact with him. The project is completed and Remy V. inspects.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | $5,850.00 |
| ALARM MONITORING | |
| MISC CHARGES | |
| LABOR | |
| SUB TOTAL | $5,850.00 |
| ADJUSTMENTS | |
| TOTAL | $5,850.00 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $5,850.00 |
| DOWN PAYMENT | |
| BALANCE DUE | $5,850.00 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

AMERICAN TECH CORP
5300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 307
S-A-L-E-S D-R-A-F-T
73614835
005500378170

REF: 0438
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: OCT 17, 01 13:22:42

TOTAL $5850.00*

ACCT: 5568960008508943 EXP: 03/11
AP: 070104

**** IMPRINT CARD ****

CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X per Customer

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

www.AmericanTechCorp.com
Technology at your Fingertips

Mailing Address
P.O. Box 10
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

Tacoma 253.922.7522 • Seattle 206.937.6356 • Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

I-5 AT FIFE

# INVOICE - WORK ORDER

INVOICE NUMBER: 12558
Reference: 4168
PO Number:

To: INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn: Steve Chang Fax # (206) 553-4176
Ordered By: Steve Chang

Date Ordered: 09/17/01
Start Date: 09/18/01
Job Phone: (206) 553-0590
Job Location: Cruise Ship Terminal, Pier 66 Remy V.; (206) 255-1777
2225 Alaskan Way, Seattle, WA 98121

Order Taken By: Lee Wilson
Completion Date: 10/11/01
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 1 | 24 Hour Real Time Recorder with | $659.00 | $659.00 |
| | Master Clock Set and Master Eject | | |
| | S/N 42510131 | | |
| 1 | High Resolution Color Security Cameras | $287.00 | $287.00 |
| 1 | Omni Directional Microphone Set | $337.50 | $337.50 |
| 1 | Manual Iris Lens. For use in | $75.00 | $75.00 |
| | controlled lighting areas. | | |
| 1 | Adjustable Wall Type Camera Mount | $36.00 | $36.00 |
| 1 | 19" Equipment Rack Shelf | $38.00 | $38.00 |
| 1 | Lot Cable, Connectors, Hardware | $35.00 | $35.00 |
| | | TOTAL | $1,467.50 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| TOTAL | |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| Basic Labor to Install | | $300.00 |
| | TOTAL | $300.00 |

## DESCRIPTION OF WORK

One additional Camera for the Secondary Inspection Booth (separate office near the six Primary Inspection Booths). Also with the Camera, an additional Microphone, Camera Mount and Lens.

This additional Camera and Mic were added by Steve Chang at the outset of the project but were not included in the original six camera proposal for the six Primary Inspection Booths.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | $1,467.50 |
| ALARM MONITORING | |
| MISC CHARGES | |
| LABOR | $300.00 |
| SUB TOTAL | $1,767.50 |
| ADJUSTMENTS | |
| TOTAL | $1,767.50 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $1,767.50 |
| DOWN PAYMENT | |
| BALANCE DUE | $1,767.50 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

MERICAN [illegible] CORP
[illegible] PACIFIC HWY E
[illegible]OMA, WA 98424
[illegible]3-922-7822

BATCH: 306
[illegible] D-R-A-F-T
[illegible]614835
[illegible]8170

[illegible]
[illegible] MASTERCARD
[illegible] PURCHASE
[illegible] 01 11:52:06

TOTAL $1767.50*

[illegible] EXP: 03/11

[illegible] IMPRINT CARD ****

$0.00

[illegible] ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
[illegible] AND AGREES TO PERFORM
[illegible]
[illegible] ISSUER

per Customer

[illegible] COPY-CUSTOMER