# INVOICE - WORK ORDER

www.AmericanTechCorp.com
Technology at your Fingertips

Mailing Address
P.O. Box 10
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

I-5 AT FIFE

INVOICE NUMBER: 12588
Reference: 4198
PO Number:

To: INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn: Steve Chang Fax: (206) 553-4176
Ordered By:

Date Ordered: 11/01/01
Start Date: 11/01/01
Job Phone: (206) 553-0590
Job Location: Peace Arch Border Crossing Patricia Boettcher: (360) 332-851
100 Peace Portal Drive, Blaine, WA 98230

Order Taken By: Lee Wilson
Completion Date: 11/30/01
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| | Interior Cameras in Dome Housings | | |
| | Invoiced Seperately with Labor on | | |
| | Invoice # 12621 | | |
| 4 | Pelco DF5CA-PG-E0V35A Exterior | $1,011.00 | $4,044.00 |
| | Pendant Smoked Dome w/Hi-Res Color | | |
| | and Verifocal Auto-Iris Lens | | |
| 1 | 24VAC Power Supply: Each Camera | $236.40 | $236.40 |
| | Individually Fused | | |
| | | | |
| 1 | Pelco CM95L-16X4 Matrix Switch | $4,851.00 | $4,851.00 |
| | 16 Cameras X 4 Monitors (Expandable) | | |
| | | | |
| 1 | Pelco DM9502-KBD Joystick Controller | $1,542.00 | $1,542.00 |
| 8 | Directional Desktop Microphone Kits | $337.50 | $2,700.00 |
| 4 | Directional Outdoor Microphone Kits | $387.50 | $1,550.00 |
| 2 | 84" Tall 19" Equipment Racks | $169.00 | $338.00 |
| 1 | Lot Equipment Rack Shelves | $400.00 | $400.00 |
| 1 | 17" High Resolution Monitor w/Audio | $775.00 | $775.00 |
| 2 | Audio Following Video Switchers for | $345.00 | $690.00 |
| | Real Time Review | | |
| 4 | Pipe and Flange to Suspend Pendant | $50.00 | $200.00 |
| | Domes | | |
| 2,500 | Feet Plenum Coax Cable 95% Copper | $0.40 | $1,000.00 |
| 5,000 | Feet Plenum Microphone/Power Wire | $0.14 | $700.00 |
| 4 | Wireless Audio/Video | $0.00 | $0.00 |
| 1 | Lot Cable, Connectors, Hardware | $500.00 | $500.00 |
| | Includes Plenum Camera Control Cable | TOTAL | $19,526.40 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| Options: | |
| 1) Pelco Smoked Dome Pan/Tilt/Zoom@ $2,601.00 | |
| each Color Standard Lighting | |
| 2) Pelco Smoked Dome P/T/Z @ $3,403.00 each | |
| Low Light Color with 16X Zoom/64 Presets | |
| Drive Tim | |
| Technicia | |
| TOTAL | |

2ND PROJECT
PEACE ARCH / I-5
BORDER CROSSING
TOTAL: $ 108,878.40
+ EXTRAS: 4,990.00
+ EXTRAS: 4,990.00
118,858.40

## DESCRIPTION OF WORK

CCTV Security Camera system for the Peace Arch Border Crossing. As per design with Patricia Boettcher, Port Director and GSA Building Administrator, James Silk.
The system is essentially an exact duplicate of the type of Camera equipment installed at the Pacific Hiway Border Crossing. This will make it easier for the Inspectors and Guards to operate because they will be more familiar with the equipment.
Mr. Silk is requesting that the Cable and Wire be Plenum rated. Wireless equipment is spec'ed for the Four Primary Inspection Lanes outside to lessen the cost of running the Cable and Wire through the overhead Canopy. At final installation Cameras were able to be hard wired so cost of Wireless Equip. transfered to additional Labor. Digital Recorder equipment invoiced seperately.
System includes Cash Register readout that is recordable for future review.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | [illegible] |
| ALARM MONITORING | [illegible] |
| MISC CHARGES | [illegible] |
| LABOR | [illegible] |
| SUB TOTAL | $19,526.40 |
| ADJUSTMENTS | [illegible] |
| TOTAL | $19,526.40 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | [illegible] |
| DOWN PAYMENT | [illegible] |
| BALANCE DUE | $19,526.40 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

4198

BATCH: 319
S-A-L-E-S D-R-A-F-T
73614835
0095003378170

REF: 0452
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: DEC 03, 01 12:33:31

TOTAL $19526.40*

ACCT: 5568960000508943 EXP: 03/11
AP: 097961

**** IMPRINT CARD ****

CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ____________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

www.AmericanTechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12589
Reference: 4199
PO Number:

To: INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn: Steve Chang
Ordered By:

Date Ordered: 11/01/01
Start Date: 11/01/01
Job Phone: (206) 553-0590
Job Location: Peace Arch Border Crossing

Order Taken By: Lee Wilson
Completion Date: 12/14/01
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 2 | ASL 400GB Hard Drive Recorder with Network Connectivity | $7,226.00 | $14,452.00 |
| 1 | UPS Back-up Power System | $2,500.00 | $2,500.00 |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| Note: The need to record 6 Months of Audio and Video for each Camera/Microphone is being addressed by using Video Motion Detection so that the Recorder is only being activated when Motion is present thereby reducing needed Hard Drive space. | |
| TOTAL | [illegible] |

| MISC CHARGES | AMOUNT |
|---|---|
| [illegible] | |
| [illegible] | |
| [illegible] | $1,700.00 |
| KVM Switch, Cables & [illegible] | $1,600.00 |
| TOTAL | [illegible] |

| LABOR | HOURS | AMOUNT |
|---|---|---|
| [illegible] | 25:00 | $2,375.00 |
| | TOTAL | [illegible] |

## DESCRIPTION OF WORK

Recording System for Peace Arch Border Crossing

Recorders have up to 8 Camera inputs. One Audio input per Recorder. Network Hook-up with Static IP address each unit. Recorder may be reviewed will still recording. All functions accessable via the existing WAN. Final connections to Network to be completed by existing INS IT provider.

In order to reduce costs, One Recorder will be used for each of two of the indoor Inspection Booths. As funds become available the other 3 Recorders can be added. Each of the Primary Lanes will have a dedicated Recorder as will the Secondary Inspection/Interview Room.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | [illegible] |
| ALARM MONITORING | [illegible] |
| MISC CHARGES | [illegible] |
| LABOR | [illegible] |
| SUB TOTAL | [illegible] |
| ADJUSTMENTS | [illegible] |
| TOTAL | [illegible] |
| Federal Exempt TAX | [illegible] |
| GRAND TOTAL | [illegible] |
| DOWN PAYMENT | [illegible] |
| BALANCE DUE | [illegible] |

CUSTOMER SIGNATURE ______________ WORK COMPLETED BY: ______________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 321
S-A-L-E-S D-R-A-F-T
73614835
009500378170

REF: 0458
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: DEC 17, 01 14:30:00

TOTAL $22627.00*

ACCT: 5569%000500943 EXP: 03/11
AP: 097558
**** IMPRINT CARD ****

CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ________________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

www.AmericanTechCorp.com
Technology at your Fingertips

Mailing Address
P.O. Box 10
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12621

Reference: 4231

PO Number:

To: INS

Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104

Attn: Steve Chang; Fax (206) 553-4176

Ordered By:

Date Ordered: 11/01/01

Start Date: 11/01/01

Job Phone: (206) 553-0590

Job Location: Peace Arch Border Crossing; Patricia Boettcher: (360) 332-8511
100 Peace Portal Drive, Blaine, WA 98230

Order Taken By: Lee Wilson

Completion Date: 11/30/01

Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 9 | Pelco DF5CA-0V35A 5" Interior | $691.00 | $6,219.00 |
| | Smoked Dome Cameras w/Hi-Res Color | | |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | [illegible] |

| MISC CHARGES | AMOUNT |
|---|---|
| [illegible] | $2,000.00 |
| TOTAL | [illegible] |

| LABOR | HRS | AMOUNT |
|---|---|---|
| [illegible] | | |
| Installation Labor | 150.00 | $14,250.00 |
| Installation of Wires to 4 Primary Lanes | | $900.00 |
| (Same cost as Wireless Equip. Originally | | |
| Specified but replaced with Hard Wire) | | |
| | TOTAL | [illegible] |

## DESCRIPTION OF WORK

9 Interior Color Cameras in Dome Housings, Cash Register Readout System and Labor to Install Camra System at the Peace Arch Border Crossing.

| COST SUMMARY | |
|---|---|
| MATERIALS | [illegible] |
| ALARM MONITORING | [illegible] |
| MISC CHARGES | [illegible] |
| LABOR | [illegible] |
| SUB TOTAL | [illegible] |
| ADJUSTMENTS | [illegible] |
| TOTAL | [illegible] |
| Federal Exempt TAX | [illegible] |
| GRAND TOTAL | [illegible] |
| DOWN PAYMENT | [illegible] |
| BALANCE DUE | [illegible] |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

4231

BATCH: 319
S-A-L-E-S D-R-A-F-T
73614835
009500378170

REF: 0453
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: DEC 03, 01 12:34:48

TOTAL $23369.00*

ACCT: 5566960000500943 EXP: 03/11
AP: 045175

**** IMPRINT CARD ****

CUST.
TAX

$0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ____________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

www.AmericanTechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 • Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12640
Reference: 4250
PO Number:

| | | | | | |
|---|---|---|---|---|---|
| To: | INS | Date Ordered: | 11/01/01 | Order Taken By: | Lee Wilson |
| Address: | 1000 2nd Ave Suite 2550 | Start Date: | 11/01/01 | Completion Date: | 12/14/01 |
| | Seattle, WA 98104 | Job Phone: | (206) 553-0590 | Work Phone: | |
| Attn: | Steve Chang | Job Location: | Peace Arch Border Crossing | | |
| Ordered By: | | | | | |

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 3 | ASL 400GB Hard Drive Recorder with Network Connectivity | $7,226.00 | $21,678.00 |
| | | TOTAL | $21,678.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive time | |
| TOTAL | |

| LABOR | HOURS | AMOUNT |
|---|---|---|
| Technician Time | | |
| | TOTAL | |

**DESCRIPTION OF WORK**

Recording System for Peace Arch Border Crossing. Balance of Equipment.

| COST SUMMARY | |
|---|---|
| MATERIALS | $21,678.00 |
| ALARM MONITORING | |
| MISC CHARGES | |
| LABOR | |
| SUB TOTAL | [illegible] |
| ADJUSTMENTS | |
| TOTAL | [illegible] |
| Federal Exempt TAX | [illegible] |
| GRAND TOTAL | [illegible] |
| DOWN PAYMENT | |
| BALANCE DUE | [illegible] |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

AMERIC[illegible]CH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 321
S-A-L-E-S D-R-A-F-T
73614835
009500378170

REF: 0457
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: DEC 17, 01 14:28:31

TOTAL $21678.00*

ACCT: 5568960000508943 EXP: 03/11
AP: 047015
**** IMPRINT CARD ****
CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ______________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

www.AmericanTechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

I-5 AT FIFE

# INVOICE - WORK ORDER

INVOICE NUMBER: 12641

Reference: 4251

PO Number:

| | | | | | |
|---|---|---|---|---|---|
| To: | INS | Date Ordered: | 11/01/01 | Order Taken By: | Lee Wilson |
| Address: | 1000 2nd Ave Suite 2550 | Start Date: | 11/01/01 | Completion Date: | 12/14/01 |
| | Seattle, WA 98104 | Job Phone: | (206) 553-0590 | Work Phone: | |
| Attn: | Steve Chang | Job Location: | Peace Arch Border Crossing | | |
| Ordered By: | | | | | |

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 3 | ASL 4000 GB Hard Drive Recorder with Network Connectivity | $7,226.00 | $21,678.00 |
| | | TOTAL | $21,678.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| TOTAL | |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| | TOTAL | |

| DESCRIPTION OF WORK |
|---|
| Recording System for Peace Arch Border Crossing. Balance of Equipment. |

| COST SUMMARY | |
|---|---|
| MATERIALS | $21,678.00 |
| ALARM MONITORING | |
| MISC CHARGES | |
| LABOR | |
| SUB TOTAL | $21,678.00 |
| ADJUSTMENTS | |
| TOTAL | $21,678.00 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $21,678.00 |
| DOWN PAYMENT | |
| BALANCE DUE | $21,678.00 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

ONE HOUR MINIMUM - PAYMENT DUE UPON RECEIPT

AMERI[illegible] CORP
6300 PACI[illegible] HW. E
TACOMA, WA 98424
253-922-7522

BATCH: 321
S-A-L-E-S D-R-A-F-T
73614835
009500S70170

REF: 0459
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: DEC 17, 01 14:31:07

TOTAL $21678.00*

ACCT: 5568960000500943 EXP: 03/11
AP: 029722
**** IMPRINT CARD ****

CUST. $0.00
TAX

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ______________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER