American TechCorp .com
Technology at your Fingertips

Mailing Address
P.O. Box 1(
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

I-5 AT FIFE

# INVOICE - WORK ORDER

INVOICE NUMBER: 12799
Reference: 4409
PO Number:

To: US INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn:
Ordered By: Steve Chang

Date Ordered: 04/05/02
Start Date: 04/05/02
Job Phone: (206) 553-0590
Job Location:

Order Taken By: Lee Wilson
Completion Date: 04/15/02
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 8 | Western Digital 120 GB Hard Drive | $300.00 | $2,400.00 |
| | | TOTAL | $2,400.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | $95.00 |
| TOTAL | $95.00 |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| TOTAL | | |

DESCRIPTION OF WORK

Additional Hard Drives for Archiving Audio/Video from Primary Lanes and Inspection Booths.

5568 9600 0044 0428

11/03

Steve

| COST SUMMARY | |
|---|---|
| MATERIALS | $2,400.00 |
| ALARM MONITORING | |
| MISC CHARGES | $95.00 |
| LABOR | |
| SUB TOTAL | $2,495.00 |
| ADJUSTMENTS | |
| TOTAL | $2,495.00 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $2,495.00 |
| DOWN PAYMENT | |
| BALANCE DUE | $2,495.00 |

CUSTOMER SIGNATURE ____________________ WORK COMPLETED BY: ____________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www.American TechCorp.com
Technology at your Fingertips

Mailing Address
P.O. B... 
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

I-5 AT FIFE

# INVOICE - WORK ORDER

INVOICE NUMBER: ~~12800~~ 3

Reference: ~~4410~~ 4413

PO Number:

To: US INS

Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104

Attn:

Ordered By: Steve Chang

Date Ordered: 04/05/02

Start Date: 04/05/02

Job Phone: (206) 553-0590

Job Location:

Order Taken By: Lee Wilson

Completion Date: ~~04/15/02~~

Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 8 | Western Digital 120 GB Hard Drive | $300.00 | $2,400.00 |
| | | TOTAL | $2,400.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | $95.00 |
| TOTAL | $95.00 |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| | TOTAL | |

**DESCRIPTION OF WORK**

Additional Hard Drives for Archiving Audio/Video from Primary Lanes and Inspection Booths.

| COST SUMMARY | |
|---|---|
| MATERIALS | $2,400.00 |
| ALARM MONITORING | |
| MISC CHARGES | $95.00 |
| LABOR | |
| SUB TOTAL | $2,495.00 |
| ADJUSTMENTS | |
| TOTAL | $2,495.00 |
| Federal Exempt TAX | $0.00 |
| **GRAND TOTAL** | $2,495.00 |
| DOWN PAYMENT | |
| **BALANCE DUE** | $2,495.00 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www.AmericanTechCorp.com
Technology at your Fingertips

Mailing Address
P.O. Box 40
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 • Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12856

Reference: 4467

PO Number:

To: US INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn:
Ordered By: Steve Chang

Date Ordered: 06/18/02
Start Date: 06/18/02
Job Phone: (206) 553-0590
Job Location:

Order Taken By: Lee Wilson
Completion Date: 06/18/02
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 8 | Western Digital 120 GB Hard Drive | $300.00 | $2,400.00 |
| | | TOTAL | $2,400.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | $95.00 |
| TOTAL | $95.00 |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| TOTAL | | |

DESCRIPTION OF WORK

Additional Hard Drives for Archiving Audi-/Video from Primary Lanes and Inspection Booths.

| COST SUMMARY | |
|---|---|
| MATERIALS | $2,400.00 |
| ALARM MONITORING | |
| MISC CHARGES | $95.00 |
| LABOR | |
| SUB TOTAL | $2,495.00 |
| ADJUSTMENTS | |
| TOTAL | $2,495.00 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $2,495.00 |
| DOWN PAYMENT | |
| BALANCE DUE | $2,495.00 |

CUSTOMER SIGNATURE ____________ WORK COMPLETED BY: ____________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www.American TechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 • Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12857
Reference: 4468
PO Number:

To: US INS
Address: 1000 2nd Ave Suite 2550
Seattle, WA 98104
Attn:
Ordered By: Steve Chang

Date Ordered: 06/18/02
Start Date: 06/18/02
Job Phone: (206) 553-0590
Job Location:

Order Taken By: Lee Wilson
Completion Date: 06/18/02
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 8 | Western Digitial 120 GB Hard Drive | $300.00 | $2,400.00 |
| | | TOTAL | $2,400.00 |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | $95.00 |
| TOTAL | $95.00 |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| TOTAL | | |

**DESCRIPTION OF WORK**

Additional Hard Drives for Archiving Audio/Video from Primary Lanes and Inspection Booths.

| COST SUMMARY | |
|---|---|
| MATERIALS | $2,400.00 |
| ALARM MONITORING | |
| MISC CHARGES | $95.00 |
| LABOR | |
| SUB TOTAL | $2,495.00 |
| ADJUSTMENTS | |
| TOTAL | $2,495.00 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $2,495.00 |
| DOWN PAYMENT | |
| BALANCE DUE | $2,495.00 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

12856

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 378
S-A-L-E-S D-R-A-F-T
77614835
889508378178

REF: 0527
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: JUN 18, 02 16:27:38

TOTAL $2495.00*

ACCT: 5568968000440428 EXP: 03/11
AP: 061128
**** IMPRINT CARD ****
CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ______________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

12857

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 379
S-A-L-E-S D-R-A-F-T
77614835
889508378178

REF: 0528
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: JUN 18, 02 16:38:56

TOTAL $2495.00*

ACCT: 5568968000440428 EXP: 03/11
AP: 876516
**** IMPRINT CARD ****
CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ______________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

12803

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 324
S-A-L-E-S D-R-A-F-T
77614835
889508378178

REF: 0506
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: MAY 13, 02 09:01:07

TOTAL $2495.00*

ACCT: 5568968000440428 EXP: 03/11
AP: 002524
**** IMPRINT CARD ****
CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER

12899

AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: [illegible]
S-A-L-E-S D-R-A-F-T
[illegible]
[illegible]

REF: [illegible]
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: MAY 13, 02 09:02:57

TOTAL $2495.00*

ACCT: [illegible] EXP: 03/11
AP: [illegible]
**** IMPRINT CARD ****
CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER