6300 Pacific Hwy E
Tacoma, WA 98424
PH: 253-922-7522
Fax: 253-922-7525

# facsimile transmittal

American TechCorp
*Technology at your Fingertips*

| | | | |
|---|---|---|---|
| **To:** | Steve Chang | **Fax:** | 206.553.4176 |
| **From:** | Lee Wilson | **Phone:** | 206.553.0590 |
| **Re:** | SeaTac Airport CCTV with Audio | | 03/04/02 |
| **EMAIL:** | | **Pages:** | 3 |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Steve,

I know it has been some time since we last spoke. There have been some issues with getting on with the SeaTac job. Some of the issues are related to SeaTac Airport itself. Things like having access to the areas above the ceilings and how the Airport wants things done. Also, they are concerned about Asbestos abatement that could end up becoming something we will have to deal with while running the cable. The Port of Seattle is also requesting us to use Plenum Coax Cable which is fire proof but also more expensive. That is the same type of wire coating that GSA wanted us to use at the Peace Arch crossing, which of course we did. We will also need to use Wire Mold (a type of conduit) across the tops of the Inspection Booths to route the wires to each Inspection Booth camera. Fortunately, I have worked my way through most of these issues and have been in contact with the people that enforce the rules, and know what they want to make them happy.

Another one of the issues concerns the desires that Al Deitering and Chong Kim have for the design of their system. They are not all that complex, and are very doable, but they do add some difficulty and cost to the overall project. When our Technicians met with the Port Director and Mr. Kim, the INS Supervisors counted 30 Cameras that they would like to see in the system. That is of course, more than the 20 or so Cameras that you and I originally discussed. The 30 Cameras did not even include all of the Inspection Booths, or all of the other areas, but it did include the most important ones. It did include some of the areas where luggage is inspected, and some of the overviews of the waiting areas that have the larger crowds. The 30 Cameras did include the Detention Cells. The existing Cameras in the Detention Cells are so old as to be unusable. They are also not being recorded. So it will be good to have the Detention Cell situation fixed as part of this effort.

In addition, Mr. Kim and the other Supervisors want to have access to the Camera system from each of the two Supervisor's offices. That means we will need to have Monitors in both the Supervisor's offices, and Audio and Video Control Keypads accessible from both offices. The Video portion is very easy but

the Audio portion adds some degree of difficulty. This is because the CCTV Industry revolves around Video but does not multiplex Audio as well. They are issues we can solve but there is a need for the proper equipment and the proper installation.

The desire of the SeaTac Airport INS Inspectors to have two Supervisor's offices have access to the Camera system means we will need to double the Monitor and Control systems we installed at both the Cruise Ship Terminal and at the Peace Arch border crossing. This is not extremely difficult for us but it means additional cost of equipment. We would like to complete this project for you and now have all the contacts in place to do so.

The SeaTac project is somewhat more rigorous than either Pier 66 or the Peace Arch projects simply from a prospective of access. I am confident that our ability to be "lean and mean" and to "adapt" is better than most under the circumstances. In just looking at the complexity of access for a project like SeaTac it would be easy for the US INS to spend a great deal more in man hours to complete the project using a larger contracting company with bigger overhead and fixed costs.

Once again, with your permission, we would like to get started directly. Time has gone by more quickly than we would have liked in getting prepared to proceed. We feel that with some hard work and a little bit of luck, we could complete the Camera portion in 10 working days or about 2 weeks total time. It is not that complex a job for us technically, but the difficulty in bringing in tools and personnel makes it harder. My friend in the SeaTac Maintenance department has helped put us in contact with the right people and that has been a big help.

One other thing that comes to mind; it may be that the work could proceed faster than I have estimated. If that works out to be the case, your cost of labor will be reduced and we could put part of those funds toward getting more Digital Recorders. We determined that we will need about 24 Digital Recorders to pick up the number of areas needing Audio Recording. Some of the areas that need a Camera do not need Audio Recording.

Thanks for all your help on these projects.

Sincerely,

Lee E. Wilson
Commercial Systems

www.American TechCorp.com
Technology at your Fingertips

Mailing Address
P.O. Box 10
Tacoma, WA 98401

Physical Address
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: Estimate

Reference: 4322

PO Number:

| | | | | | |
|---|---|---|---|---|---|
| To: | US INS | Date Ordered: | | Order Taken By: | Lee Wilson |
| Address: | Seattle/Tacoma International Airport | Start Date: | | Completion Date: | |
| | SeaTac, WA 98158-1294 | Job Phone: | (206) 553-0590 | Work Phone: | |
| Attn: | Steve Chang | Job Location: | Fax: 206.553.4176 | | |
| Ordered By: | | | | | |

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 30 | High Resolution Color Security Cameras | $287.00 | $8,610.00 |
| | | | |
| 30 | Vari-Focal Manual Iris Lenses for Indoor Use 3.5 to 8.0 MM | $95.00 | $2,850.00 |
| | | | |
| 28 | Camera Mounts | $36.00 | $1,008.00 |
| | | | |
| ~~2~~ | ~~24 VAC Power Supply UL Listed~~ | ~~$236.40~~ | ~~$472.80~~ |
| | | | |
| ~~24~~ | ~~Omni Directional Microphones: Includes Pwr Supply and Control Unit~~ | | |
| ~~2~~ | ~~84" Tall Equipment Racks~~ | ~~$169.00~~ | ~~$338.00~~ |
| ~~2~~ | ~~Custom Ceiling Mount ... to hold~~ Two 20" Color ... | ~~$350.00~~ | ~~$700.~~ |
| 4 | 20" Color M... ...annel Audio | | ...80.00 |
| ~~2~~ | ~~16 Wa...~~ Switc... | ~~$525.00~~ | ~~$1,05...~~ |
| ~~2~~ | ~~Pelc...~~ ~~Mult...~~ | ~~$2,440.00~~ | ~~$...880.00~~ |
| ~~1~~ | ~~Pelco C...~~ | | |
| ~~2~~ | ~~Pelco KBD ...~~ | | ...00 |
| | | TOTAL | |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| ~~Wire, Cable, Conduit, and Hardware:~~ | |
| ~~10000 Feet RG 6 Plenum Coax Cable @ 0.56/Ft~~ | ~~$5,600.00~~ |
| ~~10000 Feet 18/2 Plenum Power Cable @ 0.10/Ft~~ | ~~$1,000.00~~ |
| ~~8000 Feet 18/2 Plenum Audio Cable @ 0.125/Ft~~ | ~~$1,250.00~~ |
| ~~2000 Feet 8 Cond. Plen. Cntrl Wire @ 0.22/Ft~~ | ~~$440.00~~ |
| ~~1 Lot Connectors, Fittings, Hardware~~ | ~~$1,000.00~~ |
| ~~1 Lot Wire Mold and Conduit~~ | ~~$1,500.00~~ |
| | |
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| | |

| ...S | | AMOUNT |
|---|---|---|
| | | |
| | | $38,000.00 |
| | TOTAL | |

## DESCRIPTION OF WORK

CCTV Camera System with Audio capability for SeaTac Airport South Satellite/US INS area.

System is similar to the ones installed at the Peace Arch Port and at the Cruise Ship Terminal at Pier 66. SeaTac Airport is requesting use of Plenum wire and coax on this project. The wire and cable runs are also somewhat longer on average than the previous two installations. The overall area of coverage is several times over either the Cruise Ship Terminal or the Peace Arch Port which requires a number of additional Cameras, Microphones and some additional Control Equipment. There is also the request the INS Supervisors to have two offices with the system operating. That will also add some additional equipment to the mix.

| COST SUMMARY | |
|---|---|
| MATERIALS | |
| ALARM MONITORING | |
| MISC CHARGES | |
| LABOR | |
| SUB TOTAL | |
| ADJUSTMENTS | |
| TOTAL | |
| Federal Exempt TAX | |
| GRAND TOTAL | |
| DOWN PAYMENT | |
| BALANCE DUE | |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT