Lee's File Copy

American TechCorp

*Technology at your Fingertips*

Structured Wiring

CEBus Systems

Audio/Video

Digital Satellite

Security Systems

Closed Circuit Television

Telephone/Data

July 3, 2002

Steve Chang
United States Department of Justice,
Immigration & Naturalization Service
1000 2nd Ave., Suite 2550
Seattle, WA 98104

Dear Steve,

To keep you informed about our progress at SeaTac Airport, I am forwarding copies of our correspondence with the Port of Seattle Project Manager, Mr. Roi Nevaril. He has been at SeaTac for about 30 years and he is very knowledgeable about the procedures at the Airport.

As you can see by Roi's Email of June 18th, which I have included for your records, we had to submit some forms and drawings to the START and PEST committees for their approval. We have completed the START committee meeting and I have included the final drawings and the START forms so that you have them for your records.

The Port of Seattle has conducted Electrical Meter readings pursuant to determining where the A/C power will come from to run the system. They have found a nearby power panel to pull the circuits from. That data will be submitted to the PEST team committee meeting on July 16th.

The PEST committee should be the final detail that we need to complete in order to install the cameras.

I do not wish to sound cynical about the Port of Seattle requirements needed for this project because they do have a big responsibility to insure proper installation procedures at SeaTac. However, the procedures needed to do the job probably take more time than actually doing the work!!

Thanks for your patience with me as I navigate the Port of Seattle procedures.

I have also included your invoices for the Hard Drives that we charged to your credit card. We can use some of them for the SeaTac job as soon as they are no longer needed to archive data from the Peace Arch system.

As always, please do not hesitate to call me if you need anything.

Yours Truly,

Lee

Lee E. Wilson

6300 Pacific Highway East, Tacoma, Washington 98424
Tacoma: 253-922-7522 • Seattle: 206-937-6356 • Fax: 253-922-7525