NOT SENT TO ANYONE BUT KEITH AT DUNN OFFICE

6300 Pacific Hwy E
Tacoma, WA 98424
PH: 253-922-7522
Fax: 253-922-7525

# facsimile transmittal

American TechCorp
*Technology at your Fingertips*

| | | | |
|---|---|---|---|
| **To:** | Steve Chang | **Fax:** | 206.553.4176 |
| **From:** | Lee Wilson | **Phone:** | 206.553.0590 |
| **Re:** | SeaTac Airport CCTV | **Date:** | 07/31/02 |
| **EMAIL:** | | **Pages:** | 1 |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Dear Mr. Chang,

Hooray! Hooray! Hooray!!

We finally got through the system!!! We received our final Committee approval on Thursday, 07/25/02, and final approval from the Port of Seattle Project Manager, Roi Nevaril, yesterday!

The Electricians are to start installing the power circuit right away. We met on Tuesday 07/30, with Al Deitering to verify the overall scope of the installation. Following are the different folks involved from the Port of Seattle:

Roi Nevaril, Project Manager: 206.248.7145
David Wills, Senior Construction Inspector: 206.439.7778
Stephanie Harper, S.H.J. Electric: 206.789.0580

We still only anticipate about two weeks to complete the installation (assuming of course that Port of Seattle does not require the START committee to convene the STOP committee so that the PEST committee can verify that it is actually Ok to stop). Just joking, I'm sure the STOP committee and the PEST committee are busy slowing progress in other areas.

Thankful in Seattle,

Lee

Lee Wilson