6300 Pacific Hwy E
Tacoma, WA 98424
PH: 253-922-7522
Fax: 253-922-7525

# facsimile transmittal

Technology at your Fingertips

| | | | |
|---|---|---|---|
| **To:** Steve Chang | | **Fax:** | 206.553.4176 |
| **From:** Lee Wilson | | **Phone:** | 206.553.0590 |
| **Re:** SeaTac Airport CCTV | | **Date:** | 08/02/02 |
| **EMAIL:** | | **Pages:** | 11 |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Dear Mr. Chang,

Following is the information on SeaTac Airport Cameras and Recorders. I have attempted to lay out the most pertinent information for you in my accompanying letter. I think you will be able to make any decisions you need based upon the assembled data. We have worked very hard to give the INS a comprehensive plan for security at SeaTac and have put a lot of thought into our recommendations.

The GSA numbers you requested are also in my letter to you. I know that after the long wait for Port of Seattle approval, we are ready to proceed.

Sincerely,

Lee

Lee Wilson
Commercial Systems

August 2, 2002

Steve Chang
1000 2nd Ave Suite 2550
Seattle, WA 98104
206.553.0590

Dear Steve,

Per your request from July 31st I have received the GSA numbers for the SeaTac Airport installation. They are as follows:
**GS-35F-0359K** for the Recorders and **GS-03F-4079B** for the Camera equipment

I have also broken out all the work into several invoices so that it is easier to understand the system and your options.

We have made much progress in operating and refining the Digital Video Recorders (DVR) that were installed in Blaine at the Peace Arch. We have been able to put in larger Hard Drives for greater archiving capacity. We have also been able to use the Video Motion Detection capabilities for reducing Hard Drive consumption when there is no activity, thereby extending the overall time before the Hard Drives will fill up.

We feel the Recorders will now give you all of the six months originally requested and more. Four of the DVR's at Peace Arch have two or three Cameras being recorded to them but even those units are getting close to the six-month range. We also have 3 removable Hard Drives in each machine so it is reasonably easy to extend the recording time when needed by changing out the Hard Drives with fresh ones.

We have been monitoring the units at Peace Arch since their installation. There have been some software upgrades that we have installed and we have made some adjustments for items like the Motion Detection circuitry. They are working very well with the software upgrades and the Motion Detection circuit. We have been asked to retrieve the video for several incidents at the Border and have been able to pull it up and find the information that your people were looking for. I was talking with Tom Modica recently and there was a significant event in which the recorded Video did prove the case on behalf of your Inspectors or the Customs agents. So the system is working to protect your personnel just like you planned!

While talking with other people in the security industry, we have found that the capabilities of the machines at the Peace Arch is not at all common. The amount of recording time possible with your machines is not easy to duplicate. Our technicians have been working on this equipment and actually improving its capability over the past months. For instance, we can now add another 360 Gigabytes of Hard Drive

storage capacity that should take the overall time of these machines towards the nine months or longer time frame. The techs have also found some new cases for the DVRs that allow us to put the units into two rack spaces instead of four, which will allow us to save room in the equipment racks. This is important for both Peace Arch and SeaTac Airport as both sites have limited space.

It might also be pertinent for you to know that we have covered all of the cost of servicing the recorders at Peace Arch with the new software upgrades. Our philosophy is that if we sell you a product, we are going to back it up with whatever is necessary! So even though there were four or five software upgrades, we went to Blaine and did the upgrades at our own expense.

I know you may have some questions about equipment or costs for the SeaTac project, which is why I have broken down the items into separate invoices for your ease of understanding. We would like to put all of the Recorders in as part of the original installation but we understand that putting in all 24 Recorders might exceed your budget. With the new emphasis on Homeland Security, we believe that this type of protection is necessary for your employees and for our country as well.

There are some additional items that Al Deitering feels would be beneficial for improving security at SeaTac. You and I discussed things like the Pan/Tilt/Zoom Camera when we met at the South satellite with Ron Hayes. Al would also like to have Audio in the Detention Cells so that if the detainees are discussing any illegal activities like smuggling, it can be ascertained and prosecuted. He also liked my suggestion that we add an audible Security Alarm to alert Officers and Staff that support is needed or an event is in progress.

In closing, we have worked closely with INS Officers and staff to ensure the highest levels of performance and service from the systems we have installed. To our knowledge there is no other system available at any price that offers the features, reliability, flexibility, and performance of this one. There are a few systems available which offer many similar features, but they cost 2-3 times more and still do not offer everything this one does. While no price can be placed on the value of America's freedom and way of life, it is only prudent to use the products that offer the highest value coupled with the most features. We look forward to providing your staff at SeaTac the same high levels of service, cutting-edge tools, and system value you have grown accustomed to at the Peace Arch, after all, Homeland Security is a team effort.

Sincerely,

Lee Wilson
Commercial Systems

www.American TechCorp.com
*Technology at your Fingertips*

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12712
Reference: 4322
PO Number:

| | | | | | |
|---|---|---|---|---|---|
| To: | US INS | Date Ordered: | 02/25/02 | Order Taken By: | Lee Wilson |
| Address: | Seattle/Tacoma International Airport | Start Date: | 02/25/02 | Completion Date: | |
| | SeaTac, WA 98158-1294 | Job Phone: | (206) 553-0590 | Work Phone: | |
| Attn: | Steve Chang | Job Location: | Fax: 206.553.4176 | | |
| Ordered By: | | | | | |

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 30 | High Resolution Color Security Cameras | $287.00 | $8,610.00 |
| 30 | Veri-Focal Manual Iris Lenses for Indoor Use 3.5 to 8.0 MM | $95.00 | $2,850.00 |
| 28 | Camera Mounts | $36.00 | $1,008.00 |
| 2 | 24 VAC Power Supply UL Listed | $236.40 | $472.80 |
| 24 | Omni Directional Microphones: Includes Pwr Supply and Control Unit | $337.50 | $8,100.00 |
| 2 | 84" Tall Equipment Racks | $169.00 | $338.00 |
| 2 | Custom Ceiling Mount Bracket to hold Two 20" Color Monitors | $350.00 | $700.00 |
| 4 | 20" Color Monitors with 2 Channel Audio | $695.00 | $2,780.00 |
| 2 | 16 Way Audio Following Video Switchers | $525.00 | $1,050.00 |
| 2 | Pelco MX 4016 CD 16 Camera Multiplexor (Controllable by Joystick) | $2,440.00 | $4,880.00 |
| 1 | Pelco CM6800 48X8 Matrix Switch | $5,835.00 | $5,835.00 |
| 2 | Pelco KBD 300 Joystick Controller | $940.00 | $1,880.00 |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| Wire, Cable, Conduit, and Hardware: | |
| 10000 Feet RG 6 Plenum Coax Cable @ 0.56/Ft | $5,600.00 |
| 10000 Feet 18/2 Plenum Power Cable @ 0.10/Ft | $1,000.00 |
| 8000 Feet 18/2 Plenum Audio Cable @ 0.125/Ft | $1,250.00 |
| 2000 Feet 8 Cond. Plen. Cntrl Wire @ 0.22/Ft | $440.00 |
| 1 Lot Connectors, Fittings, Hardware | $1,000.00 |
| 1 Lot Wire Mold and Conduit | $1,500.00 |
| TOTAL | $10,790.00 |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| TOTAL | [illegible] |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| | | $38,000.00 |
| TOTAL | | $38,000.00 |

## DESCRIPTION OF WORK

CCTV Camera System with Audio capability for SeaTac Airport South Satellite/US INS area.

System is similar to the ones installed at the Peace Arch Port and at the Cruise Ship Terminal at Pier 66. SeaTac Airport is requesting use of Plenum wire and coax on this project. The wire and cable runs are also somewhat longer on average than the previous two installations. The overall area of coverage is several times over either the Cruise Ship Terminal or the Peace Arch Port which requires a number of additional Cameras, Microphones and some additional Control Equipment. There is also the request the INS Supervisors to have two offices with the system operating. That will also add some additional equipment to the mix.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | $38,503.80 |
| ALARM MONITORING | $10,790.00 |
| MISC CHARGES | [illegible] |
| LABOR | $38,000.00 |
| SUB TOTAL | $87,293.80 |
| ADJUSTMENTS | [illegible] |
| TOTAL | $87,293.80 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $87,293.80 |
| DOWN PAYMENT | $0.00 |
| BALANCE DUE | $87,293.80 |

CUSTOMER SIGNATURE ____________ WORK COMPLETED BY: ____________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www.AmericanTechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12937
Reference: 4545
PO Number:

To: US INS
Address: Seattle/Tacoma International Airport
Seattle, WA 98158-1294
Attn: Steve Chang
Ordered By:

Date Ordered: 02/25/02
Start Date: 02/25/02
Job Phone: (206) 553-0590
Job Location:

Order Taken By: Lee Wilson
Completion Date:
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 4 | 20 Amp Electrical Circuits including Conduit and Installation | $2,500.00 | $10,000.00 |
| 1 | Lot Conduit and Materials for Cameras Microphones, and Control Electronics | $10,470.0 | $10,470.00 |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| DISCOUNT ON CABLE AND WIRE. NO LONGER NEED TO INSTALL PLENUM CABLE AND WIRE DUE TO CONDUIT BEING REQUIRED BY SEATAC AIRPORT | ($5,000.00) |
| ADMINISTRATION — TOTAL | ($5,000.00) |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| TOTAL | | |

**DESCRIPTION OF WORK**

Conduit and Electrical Circuits to power Cameras, Microphones and Control Electronics which are now being required by SeaTac Airport. Their personnel had originally only required Plenum Wire and Cable. The new requirement calls for Conduit and Raceway for all the Cable and Wire runs.

Please note there is a reduction in Cable and Wire costs as the Plenum material is significantly more expensive.

**COST SUMMARY**

| | |
|---|---|
| MATERIALS | $20,470.00 |
| ALARM MONITORING | |
| MISC CHARGES | ($5,000.00) |
| LABOR | |
| SUB TOTAL | $15,470.00 |
| ADJUSTMENTS | |
| TOTAL | $15,470.00 |
| Federal Exempt TAX | $0.00 |
| GRAND TOTAL | $15,470.00 |
| DOWN PAYMENT | |
| BALANCE DUE | $15,470.00 |

CUSTOMER SIGNATURE ____________ WORK COMPLETED BY: ____________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www.American TechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12938
Reference: 4546
PO Number:

To: US INS
Address: SeaTac Airport
Seattle, WA 98158-1294
Attn: Steve Chang
Ordered By:

Date Ordered: 02/25/02
Start Date: 02/25/02
Job Phone: (206) 253-5530590
Job Location:

Order Taken By: Lee Wilson
Completion Date:
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 14 | Digital Video Recorders 480GB Storage | $6,955.00 | $97,370.00 |
| | Capacity with Video Motion Detection | | |
| | and Audio Recording | | |
| 1 | UPS Back-up Power System | $2,500.00 | $2,500.00 |
| | | | |
| 1 | Remote Type DVR for System Control | $1,650.00 | $1,650.00 |
| | and Write to CD/DVD with Monitor | | |
| | and Keyboard | | |
| 1 | 16 Port KVMS Switch, Cables, Monitor, | $1,962.00 | $1,962.00 |
| | Keyboard and Hardware | | |
| | Locations with Audio for this group of Recorders: | | |
| | 1) Booths 1 thru 8: 8 Units | | |
| | 2) Secondary Areas (Main/Soft): 2 Units | | |
| | 3) Ident: 1 Unit | | |
| | 4) Interview 1&2/Cell 1&2: 2 Units | | |
| | 5) Crew Desk (1st Camera): 1 Unit | | |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| Options: | |
| 1) Upgrade DVR Rack Mount Case to hold additional 360GB of Storage Space $150.00/ea | |
| 2) Add Redundant Power Supply | |
| 3) Add 360GB Extra Archiving Space $1,282.00/ea | |
| 4) Change Extra Archiving Space to RAID Type for Redundant Back-up $300.00/ea | |
| TOTAL | [illegible] |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| Less: Deduction for Hard Drives used temporarily at Peace Arch Border Crossing | ($5,000.00) |
| TOTAL | ($5,000.00) |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| Install DVR Recorders, Remote Type DVR, KVMS Switch, Monitors, Keyboards | 75.00 | $7,125.00 |
| | TOTAL | $7,125.00 |

## DESCRIPTION OF WORK

Digital Video Recorders with large storage capacity for long term Audio/Video storage of SeaTac Airport Inspection areas.

Original request was for 24 Digital Video Recorders. The other 10 units are listed seperately to give pricing options to the INS. (All Cameras will be recorded but not all Audio with this configuration).

These Recorders actually have more storage capacity than the units installed last year at the Peace Arch station.

In addition, these Recorders have a much greater capacity for upgrading and expansion. These units may have extra Hard Drives installed either for additional storage or for RAID redundant back-up. Also, these units take up only two (2) rack spaces for more efficient use of office space.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | $10[illegible],482.00 |
| ALARM MONITORING | [illegible] |
| MISC CHARGES | ($5,000.00) |
| LABOR | $7,125.00 |
| SUB TOTAL | $105,607.00 |
| ADJUSTMENTS | [illegible] |
| TOTAL | $105,607.00 |
| Federal Exempt TAX | [illegible] |
| GRAND TOTAL | $105,607.00 |
| DOWN PAYMENT | [illegible] |
| BALANCE DUE | $105,607.00 |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www.American TechCorp.com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12939
Reference: 4547
PO Number:

| | | | |
|---|---|---|---|
| To: | US INS | Date Ordered: | 02/25/02 |
| Address: | SeaTac Airport | Start Date: | 02/25/02 |
| | Seattle, WA 98158-1294 | Job Phone: | (206) 553-0590 |
| Attn: | Steve Chang | Job Location: | |
| Ordered By: | | | |

Order Taken By: Lee Wilson
Completion Date:
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 10 | Digital Video Recorders 480GB Storage | $6,955.00 | $69,550.00 |
| | Capacity with Video Motion Detection | | |
| | and Audio Recording | | |
| 1 | 12 Port KVMS Switch, Cables, | $1,800.00 | $1,800.00 |
| | Hardware | | |
| | Locations with Audio for this group of | | |
| | Recorders: | | |
| | 1) Booths 9 thru 12,14,15,17,18: 8 Units | | |
| | 2) Crew Desk (2nd Camera): 1 Unit | | |
| | 3) Secondary (2nd Camera): 1 Unit | | |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | [illegible] |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| TOTAL | [illegible] |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| Install DVR Recorders, KVMS Switch, | 50.00 | $4,750.00 |
| | TOTAL | $4,750.00 |

**DESCRIPTION OF WORK**

This group of Recorders will round out the Audio Recording portion of the system. In the previous group of Recorders, all Video is being recorded. This other group of 10 Recorders will allow Audio recording in the remaining areas desired.

**COST SUMMARY**

| | |
|---|---|
| MATERIALS | [illegible] |
| ALARM MONITORING | [illegible] |
| MISC CHARGES | [illegible] |
| LABOR | [illegible] |
| SUB TOTAL | [illegible] |
| ADJUSTMENTS | [illegible] |
| TOTAL | [illegible] |
| TAX | [illegible] |
| GRAND TOTAL | [illegible] |
| DOWN PAYMENT | [illegible] |
| BALANCE DUE | [illegible] |

CUSTOMER SIGNATURE ______________________ WORK COMPLETED BY: ______________________

LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT

www American TechCorp .com
Technology at your Fingertips

**Mailing Address**
P.O. Box 10
Tacoma, WA 98401

**Physical Address**
6300 Pacific Hwy. East
Tacoma, WA 98424

I-5 AT FIFE

Tacoma 253.922.7522 • Seattle 206.937.6356 •Fax 253.922.7525 • Toll Free 800.404.TECH (8324)

# INVOICE - WORK ORDER

INVOICE NUMBER: 12940
Reference: 4548
PO Number:

To: US INS
Address: SeaTac Airport
Seattle, WA 98158-1294
Attn: Steve Chang
Ordered By:

Date Ordered: 06/01/02
Start Date:
Job Phone: (206) 553-0590
Job Location:

Order Taken By: Lee Wilson
Completion Date:
Work Phone:

| QTY | MATERIALS | EACH | AMOUNT |
|---|---|---|---|
| 1 | Pan/Tilt/Zoom Color Camera in Dome Housing | $3,000.00 | $3,000.00 |
| 1 | Security Alarm for Secondary/Ident/ Interview Rooms | $2,500.00 | $2,500.00 |
| 2 | Microphone in Detention Cell | $500.00 | $1,000.00 |
| 1 | Repair Existing Detention Cell Intercom | $300.00 | $300.00 |
| | | TOTAL | [illegible] |

| ALARM MONITORING / PROGRAMMING | AMOUNT |
|---|---|
| TOTAL | [illegible] |

| MISC CHARGES | AMOUNT |
|---|---|
| Drive Time | |
| TOTAL | [illegible] |

| LABOR | HRS | AMOUNT |
|---|---|---|
| Technician Time | | |
| Labor has been included in with the parts. | | $0.00 |
| TOTAL | | $0.00 |

## DESCRIPTION OF WORK

Additional Security materials requested by the SeaTac Airport INS Port Director to complement the new CCTV Camera System.

1) The Pan/Tilt/Zoom Camera is to allow Inspectors to covertly follow suspicious passengers while they are in the Inspection area.

2) The Security Alarm system can be used if one of the Inspectors is at the distant end of the facility, especially during evening time when staff levels are low, and feels a threat from any individule. The Security Alarm will discretely summon help from fellow Inspectors.

3) The Microphones in the Detention Cells will be covert. If persons of interest are in detention then they may be monitored for Audio as well as the existing Video Cameras.

4) The existing Detention Cell Intercom system is not functioning. It should be repairable.

## COST SUMMARY

| | |
|---|---|
| MATERIALS | $6,800.00 |
| ALARM MONITORING | [illegible] |
| MISC CHARGES | [illegible] |
| LABOR | $0.00 |
| SUB TOTAL | $6,800.00 |
| ADJUSTMENTS | [illegible] |
| TOTAL | $6,800.00 |
| Federal Exempt TAX | [illegible] |
| GRAND TOTAL | [illegible] |
| DOWN PAYMENT | [illegible] |
| BALANCE DUE | [illegible] |

CUSTOMER SIGNATURE ____________________ WORK COMPLETED BY: ____________________

**LABOR RATE IS $95.00 PER HOUR WITH A ONE HOUR MINIMUM. PAYMENT DUE UPON RECEIPT**

RACKTOOLS™ by Middle Atlantic Products




Parts List:

24- Digital Video Recorders
1- Remote Access Computer
4-Rack Mount monitors
1-16port KVMS
1-12port KVMS
2-16port 10/100 Network Switch
1-Pelco Processor
2-Rac-Mount Keyboard trays

| | COMPANY: | DRAWN BY: Administrator<br>CLIENT: | SCALE: 1 in = 12 in | All ideas, design and plans represented by this project are owned by and are the property of . They were created and developed for use on this specified project | This is an original design and must not be released or copied unless applicable fees have been paid or job order placed. |
|---|---|---|---|---|---|

The Digital Video Recorders for SEA-TAC include the following improvements and/or upgrades over the DVRs used at the Peace Arch:

| Feature or Item | Peace Arch | Sea-Tac |
|---|---|---|
| 3% Reduction in Price | $ 7,226.00 ea. | **$ 6,995.00 ea.** |
| 20% Increase in Hard Drive Storage capacity | 400GB | **480GB** |
| 50% Increase in Processor Speed | 800Mhz | **1.2Ghz** |
| 200% Increase in RAM Memory | 128MB | **512MB** |
| 50% Reduction in Rack Spaces Required | 4-spaces | **2-spaces** |
| Future Storage Expansion possible (in same case) | No | **Yes** |
| Remote Access for Maintenance and support | No | **Yes** |

Cameras without audio can be coupled with a camera requiring audio. This eliminates the need for a second audio input, however, the reduction in data storage time will apply.

Remote access referenced above must be initiated by INS personnel and requires access to a telephone line. This access will reduce the amount of on-site service and support required and will improve efficiency, reliability, and overall Quality of Service.

Storage of hard drives with recorded data that is being archived can be facilitated within the rack-mount case on SEA-TAC machines unless such space is used to provide additional active recording space or redundant recording drives.

# PROPOSAL

4 OF PAGES

**S.H.J. ELECTRIC CO., INC.**
P.O. Box 99713
SEATTLE, WA 98199-0713

**(206) 789-0580**
**FAX (206) 789-0633**

TO: American Tech Corp
6300 Pacific Highway East
Tacoma WA 98424

PHONE -6356

DATE 6/27/2002

JOB NAME / LOCATION Seattle International Airport
INS Cameras

JOB NUMBER

JOB PHONE

We hereby submit specifications and estimates for:

>

We are happy to provide you with the following quotation of electrical services for the SeaTac Airport INS Camera project:

Provide 4 new 20 amp circuits to Supervisor #1 office for equipment rack.
Provide a 2" emt pathway complete with junction boxes and wiremold where possible for communications cabling. Provide pull strings.
Open cieling where necessary.
Provide raceways for monitor locations in supervisors offices.
Provide information for PEST Applications and START applications.
Assist in cable pulling.

$20,470.00

Cable provided by others.
Time and Material rates of $70.00 per hour regular time and 15% material markup.

**WE PROPOSE** hereby to furnish material and labor — complete in accordance with the above specifications, for the sum of: 20,470.00

dollars ($ ).

Payment to be made as follows:

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Worker's Compensation insurance.

Authorized Signature: Stephanie J Harper

Note: This proposal may be withdrawn by us if not accepted within 30 days.

**ACCEPTANCE OF PROPOSAL** — The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature ______________________

Date of Acceptance: ______________________

Signature ______________________

**HP Officejet V Series V40**
**Personal Printer/Fax/Copier/Scanner**

**Log for**
**Lee Wilson**
**2539227525**
**Aug 02 2002 1:47PM**

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Aug 2 | 1:41PM | Fax Sent | 12065534176 | 5:42 | 11 | OK |