6300 Pacific Hwy E
Tacoma, WA 98424
PH: 253-922-7522
Fax: 253-922-7525

# facsimile transmittal

American TechCorp
*Technology at your Fingertips*

| | | | |
|---|---|---|---|
| **To:** | Steve Chang | **Fax:** | 206.553.4176 |
| **From:** | Lee Wilson | **Phone:** | 206.553.0590 |
| **Re:** | SeaTac Airport CCTV | **Date:** | 08/18/02 |
| **EMAIL:** | | **Pages:** | Many |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

Dear Steve,

Please find following the SeaTac Airport Camera and Recording system specifications. I will provide Ed Bleck and Richard Spring copies also when meeting with them on Monday, August 19th. I have attached copies of the major manufacturers specification sheets. After speaking with Ed and Richard we will ascertain if those Technical Specifications will need to be transferred from the manufacturers spec sheets to my submittal which will be no problem but will take a little time to transfer the specification language.

As always,

Thanks,

Lee Wilson
Commercial Systems

P.S. I hope this stack doesn't choke your Fax machine!

Steve Chang
US INS
1000 Second Avenue, Suite 2550
Seattle, WA 98104

Re; Seattle-Tacoma International Airport, South Satellite,
Immigration and Naturalization Facility,
CCTV Security Camera and Recording Installation

Dear Mr. Chang,

The following is a synopsis of the Scope of Work of the SeaTac Airport project. Also included is a list of Technical Specifications for Equipment Selection.

**Scope of Work Overview/Description:**

Installation of Cameras, Microphones, Digital Video Recorders, and related Security and Alarm electronics to form a unified monitoring system of Airport passengers passing through the US INS inspection process at Seattle-Tacoma International Airport.

The system will allow US INS authorities to verify proper application of Inspection Procedures and **defend INS Inspectors** against claims of improper use of the Inspection Procedures.

The Electronic Security System will, for a period of six (6) months, allow for review of the Audio and Video of any US INS inspection case brought into question, via the Digital Video Recorder (DVR) review of the event.

The Electronic Security and Recording system shall have the capability of the transfer of Audio and Video (A/V) data (live or recorded) to centrally located INS supervisory facilities over High Speed Data connections such as Telecom T-1, Fiber Optic Backbone, Satellite Transmission, or other High Speed Data connection.

**Itemized List of System Equipment Requirements:**

1) 29 ea High Resolution Color Cameras with Mounting Brackets and Lenses
2) 1 ea Pan/Tilt/Zoom Camera to be controlled locally or remotely
3) 26 ea Omni-Directional Microphones
4) 2 ea 16 Input Audio Monitoring Base Stations
5) 24 ea Digital Video Recorders with Six Month Storage Capacity (0.48 Terabyte of digital storage) with ability to also record Audio.
6) 1 ea 32x8 Matrix Switch. 32 Cameras, 8 Monitors.
7) 2 ea Desktop Joystick Controllers for the Matrix Switch
8) 2 ea Audio Following Video Modules to interface with the Matrix Switch
9) 4 ea 19" High Resolution Video Monitors. Two Monitors for the Senior Supervisors Office, Two Monitors for the Second Supervisors Office.

**Itemized List Continued:**

10) 1 Lot Related equipment for switching between the DVR gear and the network; KVMS Switches, Network Switches, Keyboards, Monitors, Mouse.
11) 1 Lot Equipment Cabinets and Housings suitable to house the needed electronics
12) 1 Lot Wire as necessary for connection of above, all per NEC and WA State L&I standards
13) 1 Lot Conduit and Raceway to house all wires for connectivity of related electronics. All Conduit and Raceway must meet National NEC, Washington State Labor and Industries, and Port of Seattle standards.
14) 1 Lot UPS Battery Back-up for above electronics
15) 1 Lot Line Level Electrical Circuits as needed to be pulled from existing Seattle-Tacoma International Airport Electrical Supply Panels/Meters after required 30-Day Meter Reading period.

**Itemized List of Meeting and Design Requirements:**

1) Meet with SeaTac Airport US INS Port Director to establish System Specifications including Camera, Microphone, and Equipment Rack locations.
2) Arrange for assignment of Port of Seattle Project Manager for installation coordination per Port of Seattle requirements.
3) Arrange for 30-day period of Electrical Meter Readings to establish location of available electrical power.
4) Meet with SeaTac START Committee and submit required System Design Drawings and Forms.
5) Meet with SeaTac PEST Committee and submit required System Design Drawings and Electrical Power Requirements and Electrical Panel Connection points.
6) Receive approval from SeaTac Airport START and PEST Committees to proceed on project.
7) Procure Washington State L&I permits for Electrical Connections and Limited Energy Cables, Wires and Equipment Installation.
8) Install Conduit and Raceway for System Cables and Wires per Port of Seattle specifications and Washington State L&I specifications. (All System Cables and Wires must be in approved Raceway or Conduit).
9) Install all Cameras, Microphones, Monitors, Controllers, Digital Video Recorders and related equipment per SeaTac Engineering Department and Washington State Department of Labor and Industries approval.
10) Provide Training Manual.
11) Train INS Supervisory Personnel on Equipment Operation.
12) Coordinate connection of System to selected Data Transmission Connection with INS IT providers, vendors, or personnel.

**Technical Specifications of Equipment:**

See Attachments

PELCO PRODUCT SPECIFICATION

# CC3600H-2 Digital CCD Color Camera

## 1/3-INCH, HIGH RES, ENHANCED SENSITIVITY, 480 TVL (NTSC/PAL)

CE
UL LISTED

## Product Features

- Sony EXview HAD™ Technology
- Compact Body Style, Shorter Length Than Most Full Featured CCD Cameras
- 1/3-Inch Format CCD Imager
- C/CS Lens Mount
- DC/Video Drive Auto Iris Lens Compatibility
- 24V AC/DC Power
- Line Lock With Phase Adjust
- Four White Balance Modes
- Automatic Gain Control (AGC)
- Selectable Gamma
- Backlight Compensation
- Electronic Iris
- Horizontal Resolution of 480 TV Lines
- Digital Signal Processing
- Removable Low Profile Top/Bottom Mount
- Optional Integral Feedthrough Mount



(REAR COVER REMOVED)



CAMERA MOUNTED ON PCM100 CAMERA MOUNT

(LENS NOT SUPPLIED WITH CAMERA)

The CC3600H-2 digital color camera is smaller than most other full-featured CCD cameras. In order to keep the camera as small as possible, Pelco engineers designed the camera components to fit within the external dimensions of the unit. Since the BNC, power and lens connectors stay within the boundaries of the case the compact camera and a lens fit perfectly inside one of Pelco's smaller enclosures (EH100, EH3508, EH2508, EH2020, EH2100 and EH2200). Pelco also has a wide selection of fixed and varifocal lenses available for the CC3600H-2 to meet your installation requirements.

The CC3600H-2 is a high-resolution digital camera with greater light sensitivity at 0.3 lux. The features of the camera include color balance settings, gamma level adjustment, automatic gain control, digital signal processing for automatic backlight compensation and line lock. To adjust one of these many fine-tuning picture modes, just reset the DIP switch setting on the side of the camera.

The CC3600H-2 digital color camera also includes a 1/3-inch imager, accepts DC and video drive auto iris lenses, and has adjustable back focus to accommodate C or CS lenses. Back focus adjustment is easy with the lockable thumb wheel, accessible from the top or bottom of the camera.

The CC3600H-2 digital camera is quick and easy to install and its distinctive design is ideal for use in confined spaces. The camera has a quick-connect power connection, BNC video connector, and a removable mount adapter for top or bottom mounting.

Accessories include the PCM100, a Pelco camera mount designed specifically for the CC3600H-2. This adjustable, well-designed mount has no exposed cabling or hardware. All cables are integrated in the unit making installation quick and easy. The PCM100 can be installed directly to a wall, ceiling or adapted to a standard 2 x 4-inch (5.08 cm x 10.16 cm) electrical box.

ISO 9001
International Standards Organization Registered Firm ISO 9001 Quality System

PELCO

# TECHNICAL SPECIFICATIONS

COLOR
HIGH RESOLUTION

## MODEL

| | |
|---|---|
| CC3600H-2 | 1/3-inch high resolution digital color CCD camera, 480 TVL, NTSC format |
| CC3600H-2X | Same as CC3600H-2 except PAL format |

## GENERAL

| | |
|---|---|
| Imaging Device | 1/3-inch interline transfer CCD |
| Picture Elements | |
| CC3600H-2 | 768 (H) x 494 (V) |
| CC3600H-2X | 752 (H) x 582 (V) |
| Sensing Area | 6mm diagonal |
| Scanning System | |
| CC3600H-2 | 525 lines, 2:1 interlace |
| CC3600H-2X | 625 lines, 2:1 interlace |
| Synchronize System | AC Line lock |
| Horizontal Resolution | 480 TV lines |
| Iris Control | Electronic/passive |
| Minimum Illumination | 0.3 lux @ 30 IRE, f1.2 |
| Signal-to-Noise Ratio | 52 dB (AGC Off) |
| Gain Control | Automatic |
| Vertical Phase | Adjustable 0° ±120° |
| Automatic Gain Control | Selectable by DIP switch setting |
| Backlight Compensation | Selectable by DIP switch setting |
| Signal Processing | DSP |
| Auto Iris Lens Type | DC/video control |
| Video Output | 1 Vp-p, 75 ohms |
| Iris Control Range | 1/60-1/100,000 second |
| Auto White Balance Range | 2500-9500 K |

## ELECTRICAL

| | |
|---|---|
| Power Requirements | 14-30 VAC or 11-40 VDC |
| Power Consumption | Less than 5 watts |
| Power Connector | 2-pin terminal strip, push-in type |
| Video Connector | BNC |
| Lens Jack | 4-pin connector (miniature square) |

## MECHANICAL

| | |
|---|---|
| Lens Mount | C/CS mount (adjustable) |
| Camera Mount | 1/4-inch UNC-20 screw, top and bottom of camera housing |

## ENVIRONMENTAL

| | |
|---|---|
| Operating Temperature | 14° to 122°F (-10° to +50°C) |
| Storage Temperature | 14° to 158°F (-10° to +70° C) |

## PHYSICAL

| | |
|---|---|
| Weight (without lens) | 0.77 lb (0.35 kg) |
| Shipping Weight | 2 lb (.9 kg) approximate |

## CERTIFICATIONS

- CE, Class B
- UL, cUL listed
- FCC, Class B

## RECOMMENDED MOUNTS

| | |
|---|---|
| BS1750/CM1750/ CM1750S/TB1750 | Adjustable swivel head camera mounts for wall, ceiling or pedestal mounting. *(See C217 spec)* |
| PCM100 | Adjustable camera mount for wall or ceiling application. Includes integrated cable for easy plug-n-play operation. Can also be adapted to a standard 2 x 4-inch (5.08 cm x 10.16 cm) electrical box. |

## RECOMMENDED POWER SUPPLIES

| | |
|---|---|
| TF2000 | Power supply for 24 VAC cameras, 20 vA. (For single camera application.) *(See C656 spec)* |
| MCS Series | Multiple 24 VAC camera power supply, indoor. *(See C653 and C655 spec)* |
| WCS Series | Multiple 24 VAC camera power supply, outdoor. *(See C654 spec)* |

## RECOMMENDED LENSES

| | |
|---|---|
| 13FA, FD Series | Fixed focal lenses, 1/3-inch format. FA (manual iris); FD (auto iris, DD). *(See C783 and C736 specs)* |
| 13VA, VD Series | Varifocal lenses, 1/3-inch format. VA (manual iris); VD (auto iris, DD). *(See C754 and C758 specs)* |
| 13ZD Series | Motorized zoom lenses, 1/3-inch format. ZD (auto iris, DD). *(See C741 spec)* |

## LENS ACCESSORIES

| | |
|---|---|
| LDC100 | Auto iris drive converter. Converts a DC drive auto iris lens to a video drive auto iris lens. Compatible with all lens size formats. *(See C784 spec)* |




NOTE: VALUES IN PARENTHESES ARE CENTIMETERS; ALL OTHERS ARE INCHES.

EXview HAD™ is a trademark of the Sony Corporation.
Specifications subject to change without notice.
©Copyright 2001, Pelco. All rights reserved.

Pelco • 3500 Pelco Way • Clovis, CA 93612-5699 • Pelco Online @ www.pelco.com
In the US and Canada: Tel (800) 289-9100 • FAX (800) 289-9150 • DataFAX (800) 289-9108
International Customers: Tel +1(559) 292-1981 • FAX +1(559) 348-1120 • DataFAX +1(559) 292-0435

Pelco.com

Online Search

ome Catalog Resources Support Training Software Site Map Careers Media Contact Us

-- Select a Product --

# Pelco | Catalog

Control Site Equipment >> Monitors >> Color

## PMCS14A, PMCS17A, and PMCS19A Monitors

**14-/17-/19-Inch Color, Super-High Resolution**

**PDF Documents**
Product Specification Sheet
Installation/Operation Manual

**Product Features**
- Super-High Resolution
  - PMCS14A and PMCS17A - 700 TV Lines
  - PMCS19A - 800 TV Lines
- Computer Grade Picture Tube
- Front Panel Controls
- Auto-Switching 90-260 VAC Input
- Auto-Sensing NTSC/PAL
- Built-in Speaker
- Video and Audio Input and Output
- S-VHS Input for Separate Y-C Signals
- Rack Mountable

If your application demands crisp, detailed images, Pelco's super-high resolution monitors are the best choice for you. The PMCS14A, PMCS17A and PMCS19A monitors have a computer grade picture tube capable of producing a horizontal resolution of 700/800 TV lines. Standard high-resolution monitors produce only about 350 TV lines.

The super-high resolution of the PMCS14A, PMCS17A and PMCS19A allow you to take full advantage of today's digital imaging surveillance equipment including S-video output devices, like Pelco's Genex® Series Multiplexer.

The PMCS14A, PMCS17A and PMCS19A can be used in desktop applications or rack mounted. Controls for brightness, color, contrast, and volume are located on the front of the monitor. The monitors support NTSC and PAL video formats, as well as 120 VAC and 230 VAC input power.

**Models**
**PMCS14A** | Color monitor, 14-inch (35.56 cm) picture display, NTSC or PAL, automatically selectable
**PMCS17A** | Color monitor, 17-inch (43.18 cm) picture display, NTSC or PAL, automatically selectable
**PMCS19A** | Color monitor, 19-inch (48.26 cm) picture display, NTSC or PAL, automatically selectable

**Recommended Mounts**
RMQ14T | Bolt on rack ears for PMCS14A monitor. Adapts monitor to standard 19" EIA rack. (7 RUs)
RMQ17T | Same as RMQ14T except for use with PMCS17A monitor. (8 RUs)
RMA14T | Rack kit for mounting one PMCS14A monitor in a 19" W (48.26 cm) rack. (8 RUs)
RMA17T | Rack kit for mounting one PMCS17A monitor in a 19" W (48.26 cm) rack. (9 RUs)
RMA19T | Rack kit for mounting one PMCS19A monitor in a 19" W (48.26 cm) rack. (10 RUs)

MR5000M | Viewing system ceiling monitor mount for PMCS14A and PMCS17A monitors.
MR5000L | Viewing system ceiling monitor mount for PMCS14A and PMCS17A monitors.

Certifications

- CE, Class B
- ETL listed
- ETL listed for Canada
- FDA
- EMI compliance
- FCC, Class B

Some Pelco products may not be available in all markets. Model numbers and specifications subject to change without notice.

© Copyright 2000-2002 Pelco - Last Updated 01/07/2002

BASE STATIONS

LOUROE ELECTRONICS

# AP-12TB/AP-16TB

AUDIO MONITORING BASE STATION

## DESCRIPTION

The AP-12TB and AP-16TB are twelve and sixteen zone Audio Monitoring Base Stations designed for either one-way listen or two-way listen/talkback. Any zone can be monitored by manually pressing the button switch for the desired zone. It has input/output to a VCR for recording and playback. Special equalizing filters enhance playback from a 24 hr. VCR. Each zone has a switch closure for activating a camera, etc., when zone switch is pressed. 24 Vdc power transformer included. For one-way/listen-only monitoring, all Louroe microphones Model A, B, C, D, E, K and L-DT) are compatible. For two-way listen/talkback, all Louroe speaker/microphones (TLI, TLO, TLI-Jr.,TLM, TLMC or TLSP) are compatible.



MODEL AP-12TB



MODEL AP-16TB

## APPLICATION

- Warehouses
- Schools
- Storage Facilities
- Observation Rooms
- Anywhere CCTV Cameras Are Installed
- Maintenance Yards
- Building Peripherals

**IMPORTANT NOTICE**

When this equipment is used as part of an audio monitoring system, the law requires that the public be given notice of AUDIO MONITORING ON THE PREMISES. A decal notice is included with each microphone shipped.

Federal Law References:
Federal Regulations, US Code, Title 18. Crime and Criminal Procedure, Sec 2510.

## FEATURES

- Switch closure (each zone) for camera activation or other annunciations
- 3" speaker for monitoring audio
- Built-in amplification for playback from VCR
- Interfaces with standard or 12/24 hour time lapse recorder
- Provides one-way listen using remote
- Louroe microphones
- Provides two-way listen/talkback to remote speaker/microphones
- Built-in microphone for talkback to remote speakers
- Auxiliary microphone jack for optional hand held microphone for talkback
- Audio output (each zone) for looping feature, or to multiple VCR'S

## WIRING REQUIREMENTS

**If using microphones for one-way/listen-only:**
2 Conductor shielded, 22 gauge with 24 drain
West Penn 452 or equivalent

**If using speaker/microphones for two-way listen/talkback:**
4 Conductor (all in the same jacket) consisting of:
- 2 Conductor shielded, 20 gauge with a 22 drain (microphone connection)
- 2 Conductor unshielded, 18 gauge (speaker connection)

West Penn 356 or equivalent

## SPECIFICATIONS

| | |
|---|---|
| Input Sensitivity (from remote microphone) | 0.78Vrms |
| Monitor power output | 1.5W @ 8Ω |
| Talkback power output | 1.5W into 70V line |
| Input sensitivity (Talkback microphone) | -60 dB |
| Audio output impedance | 10kΩ |
| Audio input impedance | 10kΩ |
| Audio frequency response | 100 Hz to 10kHz |
| Audio frequency response (enhanced) | -20 dB @ 200 Hz to +5dB @ 3kHz |
| Headphone impedance | 8 to 600Ω |
| Power Input | 24 Vdc, 1A |
| Dimensions | 15"W x 12 1/2"D x 2 3/4"H |
| Weight | 8.4 lbs (3.6 Kg). |

AP-12TB/AP-16TB

LOUROE ELECTRONICS • 7828 BURNET AVENUE, VAN NUYS, CA 91405 • TEL (818) 994-6498 • FAX (818)994-6458
Website: www.louroe.com Email: info@louroe.com

MICROPHONES

LOUROE ELECTRONICS

# VERIFACT A / VERIFACT B

MICROPHONES

## DESCRIPTION

The Verifact Model A is an omni-directional, low impedance, electret condenser microphone with built-in preamp for producing line level audio. It is housed in a high impact ABS dome designed for ceiling or wall mounting. Normal pick-up pattern is approximately 15' from the microphone location, all directions, or within 30' diameter circle.

The Verifact Model B microphone is identical to the Model A, except that it has an extension cable for positioning the microphone from 3 to 10 feet from it's dome housing. It is used with high ceiling installations.

Models A and B are compatible with all Louroe base stations.



MODEL A MICROPHONE



MODEL B MICROPHONE

## APPLICATION

When part of a Louroe audio system, the Model A and Model B microphones can be used in situations such as:

- Convenience Stores
- Fast Food Restaurants
- Booking Rooms
- Interrogation Rooms
- Day Care Centers
- Sleep Disorder Centers
- Therapy Labs
- Cashier Booths
- Gas Stations
- Anywhere CCTV Cameras Are Installed

## FEATURES

- Sturdy ABS Housing
- Microphone can pick up normal sounds 15' away
- Easy surface mount to wall or ceiling
- May be located up to 1000' from base station
- Phantom powered from Louroe base station
- Microphone preamp contains sensitivity switch for lowering gain

A-MIC / B-MIC

**IMPORTANT NOTICE**

When this equipment is used as part of an audio monitoring system, the law requires that the public be given notice of AUDIO MONITORING ON THE PREMISES. A decal notice is included with each microphone shipped.

Federal Law References:
Federal Regulations, US Code, Title 18. Crime and Criminal Procedure, Sec 2510.

## SPECIFICATIONS

| | |
|---|---|
| Sensitivity (microphone element) | -65 dB ± 4 dB |
| Sensitivity (microphone & preamp) | 80 dB SPL input provides 0.254V rms |
| Frequency Response | 40 Hz to 15 kHz ± 1 dB |
| Line level output | 0 dB @ 1000Ω |
| Current Drain | 4 mA |
| Supply voltage | 12 Vdc |
| Output Impedance | 600Ω, unbalanced |
| Microphone Housing | High Impact ABS |
| Dimensions | 4" dia x 1 ½" H |

## WIRING REQUIREMENTS

2 Conductor shielded cable, 22 gauge with a 24 gauge drain wire.
West Penn 452 or equivalent

**NOTE:** Unshielded cable is not satisfactory for audio systems.

LOUROE ELECTRONICS • 7828 BURNET AVENUE, VAN NUYS, CA 91405 • TEL (818) 994-6498 • FAX (818)994-6458
Website: www.louroe.com Email: info@louroe.com

MICROPHONES

LOUROE ELECTRONICS

# VERIFACT L-DT

DESKTOP MICROPHONE

## DESCRIPTION

The Verifact Model L-DT is a desktop microphone that is designed for conducting interviews or similar applications. It contains two electret condenser microphones facing opposite directions that are mounted in a sturdy ABS plastic housing. Housing contains a weighted non-slip bottom for adherence to a desktop or flat surface. The Verifact L-DT is compatible with all Louroe Audio Base Stations.



MODEL L-DT DESKTOP MICROPHONE

L-DT MIC

## APPLICATION

When part of a Louroe audio monitoring system, Model L-DT Microphone can be used in situations such as:

- Interview Rooms
- Speech Therapy Labs
- Cashier Booths
- Information Counters
- Where ceiling and wall mountings are not practical

## FEATURES

- Two opposing built-in microphones
- Low impedance, omni-directional pattern
- Contains pre-amp for line level output
- ABS Housing for long endurance
- May be located up to 1,000' from Louroe Base Station
- Weighted, non-slip bottom for firm adherance to desktop or any flat horizontal surface

**IMPORTANT NOTICE**

When this equipment is used as part of an audio monitoring system, the law requires that the public be given notice of AUDIO MONITORING ON THE PREMISES. A decal notice is included with each microphone shipped.

Federal Law References:
Federal Regulations, US Code, Title 18. Crime and Criminal Procedure, Sec 2510.

## SPECIFICATIONS

| | |
|---|---|
| Sensitivity (microphone & preamp) | 80 dB SPL input provides 0.254V RMS |
| Frequency Response | 40 Hz to 15 kHz ± 1 dB |
| Line level output | 0 dB @ 1000Ω |
| Current Drain | 4 mA |
| Supply voltage | 12 Vdc |
| Output Impedance | 600Ω, unbalanced |
| Microphone Housing | High Impact ABS |
| Dimensions | 4 3/4"L x 3"W x 1 3/4"H |

## WIRING REQUIREMENTS

2 Conductor shielded cable, 22 gauge with a 24 gauge drain wire.
West Penn 452 or equivalent

**NOTE:** Unshielded cable is not satisfactory for audio systems.

LOUROE ELECTRONICS • 7828 BURNET AVENUE, VAN NUYS, CA 91405 • TEL (818) 994-6498 • FAX (818)994-6458
Website: www.louroe.com Email: info@louroe.com

VICON

# PRODUCT SPECIFICATION

| NOTES | SPEC NO. | REV. | SEC. |
|---|---|---|---|
| SUPERSEDES PRODUCT SPECIFICATION 834-397 | 834 | 1198 | 11 |

**MODEL:** V1422™

**PRODUCT CODE:** 6237-10

**DESCRIPTION:** NOVA™ CPU-BASED CONTROL AND SWITCHING SYSTEM

- **32 camera inputs, 8 monitor outputs**
- **Large system capabilities for small systems**
- **On-screen programming**
- **Vicoax® and RS-422 communication for receivers**
- **Advanced pan/tilt and video touring**
- **Multiple switching programs**
- **32 direct alarm inputs and 32 receiver alarms**
- **Multiple alarm programs, including salvos**
- **Independent alarm programs for each monitor**
- **Built-in control panel**
- **Extensive titling capability**
- **Built-in diagnostic tests**

CE



**V1422 CONTROL AND SWITCHING SYSTEM**

The Nova V1422 CPU-based Control and Switching System puts the massive power of the big NOVA digital control systems into a compact package for small systems, and it adds many new features. The V1422 is a self-contained, full-featured digital control system and matrix switcher for systems with up to 32 camera inputs and 8 monitor outputs. It includes ProTech Graphic Configurator Software.

The V1422 may be operated by its own built-in keypad or by eight external V1300X-RVC or V1300X-DVC keypads, by a V1400X-DVC System Console, by a PC network of up to eight stations or by a host computer over an RS-232 interface. V1300X-RVC, V1300X-DVC, V1400X-DVC and PCs may be mixed. The host computer interface permits control of all system functions. An additional RS-232 port provides an output to a printer for printing alarm incident records.

## CONTRACTORS' SPECIFICATION

### CPU-BASED CONTROL AND SWITCHING SYSTEM

The system shall provide digital control and video switching for up to 32 camera stations and 8 monitors. The system shall be operated by a built-in keypad, remote keypads, and personal computers. Programming shall be performed using menu-driven screens accessed by using the built-in keypad. Receiver communication shall be provided via a D-shell connector using RS-422 protocol and through coaxial cabling. A liquid crystal display (LCD) located on the front panel of the system shall display messages during programming normal operation.

A maximum of 32 users shall be defined to the system by a unique login identification number. Three levels of user privilege shall be provided: operator, manager, and administrator. Administrators shall input a passcode in addition to the login identification number to provide a second level of security. Operators shall not have access to the programming menus. Administrators shall have full access to programming menus; managers shall have limited access.

Alarm processing shall be available in two stack modes: common stack and independent stack. (A stack is a list of active alarms.) In common stack mode, there shall be one stack for all alarm monitors in the system. In independent stack mode, each alarm monitor shall have a separate stack. In either mode, alarms shall be added to the stack(s) in first-in, first-out order or shall be sorted by priority. One simple programming screen shall be used to define the CCTV system's response to activated alarms. For each alarm monitor, this screen shall identify the camera number, preset number, and auxiliary equipment state for an activated alarm. Acknowledgment shall be on either a per monitor or on a global basis. Up to 64 alarms shall be available, 32 from receivers and 32 directly connected to the system's built-in interface. Alarm reports shall be automatically printed on a serial line printer via an RS-232 port.

Product specifications subject to change without notice.
Copyright © 1998 Vicon Industries Inc. All rights reserved.

Vicon part number 8006-7834-01-00
Vicon and its logo are registered trademarks of Vicon Industries Inc.

**VICON INDUSTRIES INC.** 89 ARKAY DRIVE, HAUPPAUGE, N.Y. 11788 ◆ **TEL:** 516-952-CCTV *(2288)* ◆ **FAX:** 516-951-CCTV *(2288)*
**TOLL FREE:** 800-645-9116 ◆ **UK:** 44/(0)1489/566300 ◆ **INFOFAX:** 800-287-1207 ◆ **WORLD WIDE WEB:** www.vicon-cctv.com

## CONTRACTORS' SPECIFICATION continued

The system shall include extensive video switching functions. Tours, series of preset video displays from various camera stations, shall be available in two types, monitor and salvo. A monitor tour shall display on a specific monitor while salvo tours shall display on various monitors. When the last step has been performed in a tour, the next action shall be user-defined to activate another tour, cease touring, or repeat the previous tour. Scheduling of tours shall be permitted. The maximum number of tours available shall be 64 and the maximum number of steps per tour shall be 32. Tours shall be capable of being chained together.

Comprehensive time, date, and titling support shall be standard. Camera, alarm, preset, and sector titles shall be provided. Sector titles shall identify a user-defined region of the rotational part of the pan-and-tilt drive. Each camera in the system shall have up to 16 sectors. Preset titles shall identify the video displayed at a preprogrammed pan-and-tilt position. Diagnostic tests and calibration procedures shall be available. Diagnostic procedures shall test front panel operation, joystick, LCD contrast, switching synchronization, alarm inputs, serial port, and read/write function.

The video shall be 1.0 V p-p nominal, 2.0 V p-p maximum. The total bandwidth shall be 20 Hz to 14 MHz, -3 dB and the signal-to-noise ratio shall be greater than 65 dB. The video gain shall be unity ±0.3 dB. Frequency response shall be 100 kHz to 8 MHz ±0.5 dB. The control shall have a switching power supply capable of accepting 90-265 V, 50/60 Hz, and shall be compatible with both NTSC and PAL television systems. It shall comply with specifications for an FCC class A computing device and with European Community (CE) Standard EN 50081-1 and EN 50082-1.

The system may be mounted into an instrument rack or used on a desk-top. The rack-mount system dimensions shall not exceed: height, 3.47 in. (8.8 cm); width, 19.0 in. (48.3 cm); depth, 12.4 in. (31.5 cm); the desktop dimensions shall not exceed: height, 3.47 in. (8.8 cm); width, 17.0 in. (43.2 cm); depth, 12.4 in. (31.5 cm). The weight shall not exceed 14.7 lb (6.7 kg).

The digital control and switching system shall be Vicon's model V1422.

Manual and sequential switching options are supported, including ascending order and random order switching. Full camera-monitor partitioning and up to 256 timed events may be programmed. Default camera-monitor assignments or a default tour may be programmed for power-on system startup after a power outage.

Switching modes also include salvo or zone switching and sequencing salvos, with up to eight camera-monitor pairs per salvo. These may be selected manually or automatically. Salvos may be called up manually or by alarm. Each salvo can have a unique combination of camera, monitor, and preset position.

Another standard feature of the V1422 is the most extensive tour-sequence support available anywhere. Up to 64 pan/tilt and video guard-tour sequences of 32 steps each may be programmed. Up to eight tours may run concurrently (one per monitor). Each tour step includes an assigned preset position with variable solve speed and variable dwell time. Salvo tours may also be programmed. Tours may also be programmed to start automatically at a particular time every day or on specific days.

Tours may be manually interrupted and resumed, or they may be interrupted by an alarm input and resume when the alarm is acknowledged. Multiple tours may be chained together, and tours may also be looped, that is set so that the tour restarts automatically when the last step is completed.

The V1422 supports nine operator keypads, one built-in and eight remotes. Up to 64 users may be passcoded through the V1422 to use the system, each user being able to access from one to nine keypads. A user may be active on only one keypad at a time, and each keypad may be assigned a unique priority level.

The V1422 accepts both NOVA (VPS) and Vicoax receivers. NOVA receivers communicate with the V1422 using RS-422 mode through a D-shell connector on the rear panel. Vicoax receivers use coaxial cabling for both video and control data, which provides a method of reducing cabling costs.

Alarm operation includes 64 alarm inputs, 32 via a built-in interface and 32 via receivers. Up to eight monitors may be assigned as alarm monitors. Programs include independent alarm stacks per monitor or a common stack (salvo alarms). Priority may be first-in, first-out (FIFO) or priority based on camera input number. Sequencing alarms with adjustable dwell is also provided. Acknowledgment may be manual or automatic, with adjustable dwell, and each monitor may be programmed to restore the prealarm state, to go blank, or not to change upon acknowledgment of an alarm. An RS-232 serial port is provided to allow an alarm log to be printed. Alarms are printed automatically.

The V1422 may be programmed from its own front panel via on-screen menus, and the programming menus may be displayed on any system monitor.

A master real-time clock controls the timing of time-based functions in the V1422. Up to 256 discrete events may be programmed for timer activation, including camera-monitor switches, tour sequence starts, salvo and preset selects, and alarm input enable/disable pattern for three time periods per day.

Comprehensive time, date, and titling support is standard in the V1422 software. Each camera and each monitor may have a 20-character title, and there are four possible t/d/t layouts for each monitor display. One 20-character title may be programmed for each alarm input. A 20-character title may be programmed for each preset position; this displays whenever its associated preset position is executed. Lastly, sector titles may be programmed to be displayed as a camera pans into a defined part of its viewing area. (This function currently available only with V5UVS Surveyor99 and V7UVS Surveyor.)

Time and date may be enabled or disabled for each monitor, and camera and alarm titles and preset titles may similarly be enabled or disabled for each monitor. Time and date may also be enabled or disabled for each camera input. Title fade with an adjustable dwell time may be programmed for each monitor.

Built-in diagnostic routines will test the following functions:

- ROM, RAM, and EEPROM memory tests;
- Video switching and TDT output tests;
- Alarm interface test;
- Serial port tests;
- Local front panel tests for switches and displays.

The V1422 maintains system compatibility with most VPS1300 and current VPS1200 components:

| | |
|---|---|
| Keypads: | V1300X-DVC, V1300X-RVC, PCs with V1300PACP, V1400X-DVC |
| Receivers: | V1311RB, V1200R-LM-1, V5UVS, V7UVS |
| Alarm Interfaces: | V1200X-IA, V1300X-IA |
| Distribution Line: | V1400X-DL-1 |
| Relay/Audio Switcher: | V1332AF, V2332AF |

The V1422 is equipped with a power supply that can accept 90-265 V, 50 or 60 Hz inputs, so that one model is compatible with both NTSC and PAL television systems.

The V1422 complies with FCC standards for a Class A computing device and with European Community EMC Directive 89/336. The product was subjected to the testing outlined in European Normalization Standard EN 50081-1 (Electromagnetic Compatibility - General Emissions Standard Part 1: Residential, Commercial, and Light Industry), and EN 50082-1 (Electromagnetic Compatibility - Generic Immunity Standard Part 1: Residential, Commercial, and Light Industry).

## TECHNICAL INFORMATION

### VIDEO

| | |
|---|---|
| Video Input Level: | 1.0 V p-p nominal, 2.0 V p-p maximum. |
| Input/Output Impedance: | Terminated: 75 ohms. Looping: High impedance (15 kohm). |
| Input to Output Isolation: | 60 dB at 4.2 MHz. |
| Video Gain: | Unity, ±0.3 dB. |
| Video Frequency Response: | 100 kHz to 8 MHz ±0.5 dB. |
| Total Bandwidth: | 20 Hz to 14 MHz, -3 dB. |
| Tilt: | Less than 1%. |
| Field/Line Short-Time Distortion: | Less than 1%. |
| Chrominance to Luminance Delay: | Less than 50 nsec. |
| Crosstalk Isolation: | Typically 60 dB at 4.2 MHz between two adjacent input channels routed to two adjacent output channels. |
| Hum and Noise: | 60 dB below 1 V p-p up to 5 MHz. |
| Signal-to-Noise Ratio: | Greater than 65 dB. |

### ELECTRICAL

| | |
|---|---|
| Input Voltage: | 90-265 VAC, 50/60 Hz. |
| Power Consumption: | 28 W. |
| Heat Equivalent: | 1.6 btu/min. (0.4 cal/min). NOTE: These figures represent the conversion of 100% of the electrical energy to heat. Actual percentage of heat generated will be less and will vary from product to product. These figures are provided as an aid in determining the extent of cooling required for an installation. |
| Alarm Inputs: | All inputs are NC or active high (CMOS/TTL compatible). 32 inputs from receivers; 32 direct alarm inputs. |

**Alarm Output:** Normally open (NO) relay closure provides operation of remote units such as VCRs under alarm conditions. Relay rated at 0.5 A, 30 V.

**Line Cord:** Detachable IEC320 three conductor cable with grounded plug.

**Fuse:** 2 A, 250 V, 3AG.

**Radio-Frequency Emission Standards:** FCC class A.

**European Community (CE) Standards:** EN 50081-1 generic emissions.
EN 50082-1 generic immunity.

## CONNECTORS

**Power:** IEC320 recessed three-pin male connector with built-in fuse tray and power switch.

**Video Input:** 32 BNC connectors.

**Looping Video Output:** 32 BNC connectors.

**Video (Monitor) Outputs:** 8 BNC connectors.

**Alarm Input:** Alarms may be input to the V1422 either via receivers at the camera stations or directly via a D-shell connector on the V1422.

**RS-232 Host Computer:** 9-pin D-shell connector.

**RS-232 Printer Output:** 9-pin D-shell connector.

**Remote Operator Keypads:** The trunk line for remote keypads connects at a 9-pin D-shell connector.

**Receivers:** NOVA: The trunk line for receivers connects at a 9-pin D-shell connector.
Vicoax: BNC connectors.

**Auxiliary Alarm Output:** Detachable 3-pin screw terminal block.

## MECHANICAL

**Dimensions:** Height (H) 3.47 in. (8.8 cm).
Width (W): Rack-Mount: 19.0 in. (48.3 cm).
Desk-Top: 17.0 in. (43.2 cm).
Depth (D): 12.4 in. (31.5 cm).




**Weight:** 14.7 lb (6.7 kg).

**Construction:** Steel and aluminum chassis.

**Finish:** Front panel painted black.

## ENVIRONMENTAL

**Operating Temperature Range:** 32 to 122° F (0 to 50° C).

**Operating Humidity Range:** Up to 90% relative, noncondensing.

**Storage Temperature Range:** -20 to 140° F (-29 to 60° C).

**Storage Humidity:** Up to 85% relative, noncondensing.

VICON

# PRODUCT SPECIFICATION

| NOTES | SPEC NO. | REV. | SEC. |
|---|---|---|---|
| SUPERSEDES PRODUCT SPECIFICATION 923-1298 | 923 | 299 | 11 |

**MODELS:** V1400X-DVC SYSTEM CONSOLE

**PRODUCT CODE:** REFER TO TABLE 1

**DESCRIPTION:** CONTROL STATION

- Controls CPUs, multiplexers, VCRs
- Fail-safe device prevents complete system shutdown (option)
- Customizable trackball pointing device (option)
- Joystick pointing device with multi-function button (option)
- Ergonomic design including hand rest
- Multicolored, oversized keys
- Fiber optic backlit soft keys
- User-defined macros
- On-line help system

CE

The V1400X-DVC System Console is a central control station capable of controlling camera stations connected to Vicon control systems, AurorA99 digital multiplexers and video cassette recorders. Control systems include the V1300 Series (V1300 and V1344) and V1400 Series (V1400, V1422, V1444 and V1466). The menu-based LCD display changes to display the proper functionality for the selected control system. Selections are made using fiber optic backlit soft keys and the system console keyboard. Multicolored, oversized keys and a hand rest, as well as user-defined macros and an on-line help system, are just a few of the features that make the System Console easy to use. Refer to Figure 1 (hand rest not shown).



V1400X-DVC SYSTEM CONSOLE

TABLE 1
V1400X-DVC PRODUCT CODES

| Model Number | Product Code | Description |
|---|---|---|
| V1400X-DVC | 6162 | System Console, 120 VAC |
| V1400X-DVC-230 | 6162-01 | System Console, 230 VAC |
| V1400X-JST | 5831 | Joystick Keypad |
| V1400X-DJT | 6182 | Desk-Top Joystick |
| V1400X-IFS | 5967 | Fail-Safe Device |

Product specifications subject to change without notice.
Copyright © 1999 Vicon Industries Inc. All rights reserved.

Vicon part number 8006-7923-01-00
Vicon and its logo are registered trademarks of Vicon Industries Inc.

**VICON INDUSTRIES INC.** 89 ARKAY DRIVE, HAUPPAUGE, N.Y. 11788 ◆ **TEL:** 516-952-CCTV *(2288)* ◆ **FAX:** 516-951-CCTV *(2288)*
**TOLL FREE:** 800-645-9116 ◆ **UK:** 44/(0)1489/566300 ◆ **INFOFAX:** 800-287-1207 ◆ **WORLD WIDE WEB:** www.vicon-cctv.com




**Figure 1**
**V1400X-DVC System Console**

## CONTRACTORS' SPECIFICATION

### CONTROL STATION

The control station shall be able to control camera stations connected to control systems, digital multiplexers and video cassette recorders (VCRs). It shall include a menu-based LCD display which changes to display the proper functionality for the selected device. Selections shall be made using fiber optic backlit soft keys and the control station keyboard. It shall include ergonomic features such as multicolored, oversized keys and a hand rest.

The control station menu system shall include a control screen used to select cameras and monitors, sequence video, start or stop tours or salvos, store and recall presets, acknowledge alarms and perform other CCTV functions. Using the multiplexer control screen, multiplexers may be controlled and their menu systems navigated from the control station. Multiplexer receiver control capabilities, which allow receiver control (telemetry) from the multiplexer, shall be available from the control station. Using the VCR control screen, tapes in VCRs with RS-232 capability may be played, recorded, and controlled as from the VCR's own front panel. Macros shall be available to allow one-keystroke recall of control system functions (up to 16 keystrokes). Other menu screens shall include diagnostics and screen brightness control, as well as user-defined macros and an on-line help system.

There shall be three general system configurations using the control station. Two configurations shall include control systems (one configuration for multiple control systems, one configuration for a single control system). Those configurations shall also be able to control multiplexers and VCRs. There shall be one configuration that does not include control system(s), but shall be used to control multiplexers and VCRs.

Optional devices with the control station shall include a fail-safe device used to daisy-chain control stations. This device shall ensure continuous communication with all control stations should one control station become inoperable. There shall be two pointing devices available for use with the control station. A joystick keypad shall be customizable for left- or right-handed users using a conveniently located switch. The joystick keypad trackball, with an optional trackball shaft, shall be used to control receiver functions and buttons shall be used to control lens functions. The second pointing device shall be a desk-top joystick with one button used to control all lens functions and with LEDs to indicate which function is active. This device shall include a traditional joystick for receiver control. Both devices may also be used to make choices in the menu system. Only one device may be used at a time.

Two power supplies shall be available with the control station; one for 120 VAC and one for 230 VAC. Maximum power consumption shall not exceed 4.8 W.

The control station shall be Vicon model V1400X-DVC System Console; the fail safe device shall be Vicon model V1400X-IFS; the joystick keypad shall be Vicon model V1400X-JST; the desk-top joystick shall be Vicon model V1400X-DJT.

The System Console's menu system includes a control screen used to select cameras and monitors, sequence video, start or stop tours or salvos, store and recall presets, acknowledge alarms and perform other CCTV functions as shown in Figure 2a. Macros are available to allow one-keystroke recall of a control system function with up to 16 keystrokes. Macros may be assigned unique titles and are recalled using the function keys. Using the AurorA99 control screen, AurorA and AurorA99 digital multiplexers may be controlled and their menu systems navigated from the System Console. Refer to Figure 2b. The AurorA99 receiver capabilities, which allow receiver control from the multiplexer, may also be used from the System Console. Using the VCR control screen, tapes in VCRs with RS-232 capability may be played, recorded, and controlled as from the VCR's own front panel. The VCR screen in shown in Figure 2c. Other menu screens include diagnostics and screen brightness control.

There are three general system configurations using the V1400X-DVC System Console: MSS/NOVA/AURORA/VCR control system, NOVA/AURORA/VCR control system and AURORA/VCR ONLY.




**Figure 2**
**Sample Control Screens**

In a MSS/NOVA/AURORA/VCR system, the V1400X-MSS Multi-System Selector will be necessary and will be able to select each of the control systems using the system console control screen. MSS/NOVA/AURORA/VCR systems may include the following devices:

- 7 additional system consoles or V800KBD AurorA99 Remote Keyboards
- 1 V1400X-MSS Multi-System Selector connected to up to 8 CPUs
- 8 V800MIU Multi-Output Interface devices, each connected to up to 4 AurorA99/AurorA multiplexers and VCRs (for a total of 32 multiplexer/VCR combinations)
- 2 auxiliary devices
- 1 RS-232 device
- 1 V1400X-DJT or V1400X-JST

*Note: V800KBD Aurora99 Remote Keyboards can only access 4 V800MIUs, for a total of 8 multiplexers and 8 VCRs. System consoles can access the full set of V800MIUs, for a total of 32 multiplexers/VCRs.*

Figure 3 illustrates a sample MSS/NOVA/AURORA/VCR system.




**Figure 3**
**Sample System with MSS/NOVA/AURORA/VCR Systems**

NOVA/AURORA/VCR systems may include the following devices:

- 7 additional system consoles or V800KBD AurorA99 Remote Keyboards
- 1 NOVA control system (CPU)
- 8 V800MIU Multi-Output Interface devices, each connected to up to 4 AurorA99/AurorA multiplexers and VCRs (for a total of 32 multiplexer/VCR combinations)
- 2 auxiliary devices
- 1 RS-232 device
- 1 V1400X-DJT or V1400X-JST

*Note: V800KBD Aurora99 Remote Keyboards can only access 4 V800MIUs, for a total of 8 multiplexers and 8 VCRs. System consoles can access the full set of V800MIUs, for a total of 32 multiplexers/VCRs.*

Figure 4 illustrates a sample NOVA/AURORA/VCR system.




**Figure 4**
**Sample System with NOVA/AURORA/VCR Systems**

An AURORA/VCR ONLY system does not include a control system (CPU). The purpose of this configuration is to control multiplexers and VCRs. The System Console may be connected to:

- 7 additional system consoles or V800KBD AurorA99 Remote Keyboards
- 8 V800MIU Multi-Output Interface devices, each connected to up to 4 AurorA99/AurorA multiplexers and VCRs (for a total of 32 multiplexer/VCR combinations)
- 1 V1400X-DJT or V1400X-JST

*Note: V800KBD Aurora99 Remote Keyboards can only access 4 V800MIUs, for a total of 8 multiplexers and 8 VCRs. System consoles can access the full set of V800MIUs, for a total of 32 multiplexers/VCRs.*

Figure 5 illustrates the AURORA/VCR ONLY configuration.




**Figure 5**
**Sample AURORA/VCR ONLY System**

The V1400X-IFS Fail-Safe Device is used to daisy-chain System Consoles. Unlike Vicon receivers, which contain an internal fail-safe circuit, the System Console must be used with the fail-safe device to ensure continuous communication with all consoles should one console become inoperable. As shown in Figure 6, the fail-safe device is used in daisy-chain configurations, but is not required for star configurations, which use a distribution line control. Refer to the System Console Instruction Manual X923 for more information.




**Figure 6**
**V1400X-IFS Fail-Safe Device and Distribution Line Control**

Two pointing devices are available for use with the System Console, the V1400X-JST Joystick Keypad and the V1400X-DJT Desk-Top Joystick. Only one device may be used at a time. The joystick keypad may be customized for left- or right-handed users using a conveniently located switch. A trackball, with an optional trackball shaft, is used to control receiver functions. Buttons are used to control lens functions. The desk-top joystick contains one button used to control all lens functions and LEDs to indicate which function is active. A traditional joystick is used for receiver control. Both the V1400X-JST joystick keypad's trackball and the V1400X-DJT's joystick are used to make choices in the System Console menu system.




**Figure 7**
**V1400X-JST Joystick Keypad (left) and V1400X-DJT Desk-Top Joystick (right)**

# TECHNICAL INFORMATION

## V1400X-DVC SYSTEM CONSOLE

### ELECTRICAL

| | |
|---|---|
| Input Voltage: | 12 VAC. |
| AC Input: | Remote transformer, supplied. |
| Power Consumption: | 4.8 W. |
| Heat Equivalent: | 0.27 btu/min (0.07 cal/min).<br>NOTE: These figures represent the conversion of 100% of the electrical energy to heat. Actual percentage of heat generated will be less and will vary from product to product. These figures are provided as an aid in determining the extent of cooling required for an installation. |
| Fuse: | 2 A, 250 V. |
| Keypad Control: | 9-pin (female) connector for RS-485 communication of multiple keypads/consoles. |
| Receiver Control: | 8-pin RJ45 connector (female) for RS-422 communication of receivers in standalone mode. Two leads differential RS-422 drive, two leads differential RS-422 receive. Two leads shield ground. Connected to CPU or fail-safe device in multiple or single NOVA mode. |
| Matrix Switcher Control: | 25-pin "Control Out" (female) connector for communications with a matrix switcher. Also used with V1400X-MSS Multi-System Selector. |
| Joystick Control: | 9-pin (female) connector for communication with the V1400X-JST Joystick Keypad or V1400X-DJT Desk-Top Joystick. |
| RS-232 Control: | 9-pin (female) connector for RS-232 communication with printer, computer or other RS-232 device. |
| Auxiliary Control: | 9-pin (female) connector for connection to auxiliary devices.<br>Note: Auxiliary, RS-485 and RS-232 communication use the same 9-pin connector. |
| Power: | 2-pin connector plug (male). |

## CONTROLS

| | |
|---|---|
| Numerical Keypad: | Used to enter numbers for camera selection, etc. |
| Soft Keys: | Fiber optic backlit buttons used for onscreen selection. |
| Camera Key: | Enters selected camera. |
| Monitor Key: | Enters selected monitor. |
| ↑ Key: | Shift key. Allows alternate functions for other keys. |
| ? Key: | Accesses help system. |
| PRE Key: | Enters selected preset for store or recall. |
| AUX Key: | Enters selected auxiliary function. |
| Function Keys: | 8 keys that select macros or control screens. |
| LCD Panel: | Displays control screens/menus. |

### MECHANICAL

| | |
|---|---|
| Construction: | Top: plastic.<br>Bottom: steel. |
| Finish: | Black textured. |
| Dimensions: | Height (H): 4.00 in (10.2 cm).<br>Width (W): 10.0 in. (25.4 cm).<br>Length (L): 12.0 in (30.5 cm). |




Spec. No. 923

**Weight:** 4.5 lb (2.1 kg).

**Shipping Dimensions:** Height: 6.6 in. (16.8 cm).
Width: 14.9 in. (37.8 cm).
Depth: 14.9 in. (37.8 cm).

**Shipping Weight:** 6.1 lb (2.8 kg).

**Shipping Volume:** 0.85 ft³ (0.02 m³).

## V1400X-DJT DESK-TOP JOYSTICK

**Zoom, Iris, Focus Control:** Button on top of joystick.

**Dimensions:** Height (H): 4.25 in. (10.8 cm).
Width (W): 3.5 in. (8.9 cm).
Length (L): 5.5 in. (14 cm).




**Weight:** 1.1 lb (0.5 kg).

**Shipping Dimensions:** Height: 9.75 in. (24.8 cm).
Width: 8.0 in. (20 cm).
Length: 5.9 in. (15 cm).

**Shipping Weight:** 1.85 lb (0.8 kg).

**Shipping Volume:** 0.26 ft³ (0.007 m³).

## V1400X-JST JOYSTICK

**Zoom, Iris, Focus Control:** 6 buttons on both sides of device.

**Joystick Travel:** 25 degrees from center in all directions.

**Mechanical Life Cycle:** 5 million (minimum).

**Trackball Shaft:** 1/4-in. diameter molded PVC over 1/8-in. diameter stainless steel shaft.

**Trackball Shaft Dimensions:** 0.17 in. threaded (inserted into track-ball) + 0.69 in. sticking out.

**Grip Pad:** Molded PVC.

**Grip Pad Color:** Red.

**Grip Pad Dimensions:** 5/8-in. diameter x 0.02-in. thickness.

**Potentiometers:** Set at center of resistance.

**Potentiometer Calibration:** Thumb tab provides up to 180 degrees of potentiometer calibration.

**Return to Center Repeatability:** ±1 degree.

**Deflection Force:** 0.18 lb @ 25 degrees @ 1-1/2 in. up from pivot point.

**Color:** Black.

**Dimensions:** Height (H): 3.0 in. (7.62 cm).
Width (W): 4.0 in. (10.2 cm).
Length (L): 5.0 in. (12.7 cm)




**Weight:** 0.8 lb (0.36 kg).

| | |
|---|---|
| **Shipping Dimensions:** | Height: 9.6 in. (24.4 cm).<br>Width: 7.4 in. (18.8 cm).<br>Length: 5.6 in. (14.2 cm). |
| **Shipping Weight:** | 1.4 lb (0.6 kg). |
| **Shipping Volume:** | 0.23 $ft^3$ (0.006 $m^3$). |

## V1400X-IFS FAIL-SAFE DEVICE

| | |
|---|---|
| **Dimensions:** | Height (H): 1.31 in. (3.3 cm).<br>Width (W): 4.5 in. (11.4 cm).<br>Length (L): 5.0 in. (12.7 cm). |




| | |
|---|---|
| **Weight:** | 1.3 lb (0.6 kg) |
| **Color:** | Black. |
| **Material:** | Prefinished galvanized c.r.s. |
| **Connectors:** | 8-pin RJ45 Loop In.<br>8-pin RJ45 Loop Out.<br>8-pin RJ45 Main Keypad.<br>9-pin terminal block. |
| **Shipping Dimensions:** | Height: 9 in. (23 cm).<br>Width: 6 in. (15 cm).<br>Length: 4 in. (10 cm). |
| **Shipping Weight:** | 1.7 lb (0.77 kg). |
| **Shipping Volume:** | 0.12 $ft^3$ (0.003 $m^3$). |

VICON

# PRODUCT SPECIFICATION

| NOTES | SPEC NO. | REV. | SEC. |
|---|---|---|---|
| | 537 | 695 | 11 |

**MODELS:** V1332AF AND V2332AF SERIES

**PRODUCT CODE:** REFER TO TABLE 1

**DESCRIPTION:** RELAY/AUDIO-FOLLOW-VIDEO SWITCHERS

- **Switches audio at same time as video**
- **32 balanced inputs**
- **Monaural or stereo**
- **Cascadable**



**V1332AF SWITCHER**

The V1332AF and V2332AF Series Relay/Audio-Follow-Video Switchers are microprocessor-controlled units that allow audio devices associated with video systems to be switched at the same time as the video. All models provide passive relay-based audio switching. In the following specification, the model number V1332AF will be used to refer to all models unless specified otherwise.

This series of relay switchers is compatible with Matrix 44™ and Matrix 66™ switchers and with Nova™ VPS™1300, VPS1344, and VPS328 digital control systems. In a typical application, the audio signal from an intercom microphone associated with a video camera can be switched to a speaker at the guard station at the same time the video is switched to the guard's monitor.

Two basic models of the relay switcher are available: the V1332AF provides 32 balanced monaural inputs, while model V2332AF provides 32 balanced stereo inputs. Each input/output of the V1332AF has two relay contacts. The V2332AF supports stereophonic audio systems or other systems requiring four contacts to be active at each switch. Input/output proportions are configured by setting internal jumpers, and include the following combinations:

V1332AF:
32 inputs, 1 output, mono-balanced;
16 inputs, 2 outputs, mono-balanced;
8 inputs, 4 outputs, mono-balanced;

V2332AF:
32 inputs, 1 output, stereo-balanced;
16 inputs, 2 outputs, stereo-balanced; 8 inputs, 4 outputs, stereo-balanced.

Multiple relay switchers may be cascaded, and the provision of a combiner circuit enables them to be used with switching systems of more than 256 cameras. Relay connections are made via convenient detachable screw terminal blocks.

Both inputs and outputs are balanced to provide maximum hum and noise rejection. Unit specifications have been designed for a high-fidelity range and include:

crosstalk: better than -70 dB at 20 kHz;
frequency response: flat within 0.3 dB from 10 Hz to 20 kHz;
hum and noise: typically better than -60 dBm.

**TABLE 1**
**MODELS AND PRODUCT CODES**

| Model | Product Code | Description |
|---|---|---|
| V1332AF | 4385 | 32 monaural inputs; 120 V, 60 Hz. |
| V1332AF-230 | 4385-01 | 32 monaural inputs; 230 V, 50 Hz. |
| V2332AF | 4386 | 32 stereo inputs; 120 V, 60 Hz. |
| V2332AF-230 | 4386-01 | 32 stereo inputs; 230 V, 50 Hz. |

## CONTRACTORS' SPECIFICATION

**Relay Audio-Follow-Video Switcher**

The relay/audio-follow-video switcher shall provide 32 monaural inputs or 32 stereo inputs. Inputs may be configured as one group of 32, two groups of 16, or four groups of 8. Audio input shall be balanced. Frequency response at 2 V p-p ±0.3 dB shall be 10 Hz to 20 kHz, and frequency response at 15 V p-p ±0.5 dB shall be 20 Hz to 20 kHz. Bandwidth at 2 V p-p -3dB shall be 0 to 60 kHz, and bandwidth at 15 V p-p -3 dB shall be 0 to 30 kHz. Hum and noise shall be better than -60 dB and crosstalk shall be better than -70 dB at 20 kHz. All relay connections shall be made to detachable screw terminal connectors. The switcher shall be housed in an enclosure designed to be mounted in EIA standard 19-inch (48.3-cm) instrument racks and its weight shall not exceed 9.0 lb (4.1 kg). The relay/audio-follow-video switcher shall be either Vicon's model V1332AF (32 monaural inputs) or V2332AF (32 stereo inputs).

Product specifications subject to change without notice.
Copyright © 1999 Vicon Industries Inc. All rights reserved.

Vicon part number 8006-7537-00-00
Vicon and its logo are registered trademarks of Vicon Industries Inc.

**VICON INDUSTRIES INC.** 89 ARKAY DRIVE, HAUPPAUGE, N.Y. 11788 ◆ **TEL:** 516-952-CCTV *(2288)* ◆ **FAX:** 516-951-CCTV *(2288)*
**TOLL FREE:** 800-645-9116 ◆ **UK:** 44/(0)1489/566300 ◆ **INFOFAX:** 800-287-1207 ◆ **WORLD WIDE WEB:** www.vicon-cctv.com

This precise conformity to the highest standards makes the V1332AF relay switcher suitable for virtually any audio application.

Any Vicon Nova digital control can supply the V1332AF with the information necessary to relay the signal from a source to an output. In the standard configuration, an operator selects a desired source/output combination and enters the assigned numbers into the keypad.

Both models are housed in steel enclosures designed to be mounted in EIA standard 19-inch racks.

## TECHNICAL INFORMATION

### OPERATIONAL

| | |
|---|---|
| Inputs to Relays: | V1332AF: 32 balanced monaural.<br>V2332AF: 32 balanced stereo. |
| Outputs: | V1332AF: 1, 2, or 4 monaural outputs, depending on input configuration.<br>V2332AF: 1, 2, or 4 stereo outputs, depending on input configuration. |

### ELECTRICAL

| | |
|---|---|
| Input Power: | 120 V, 60 Hz. |
| Power Consumption: | 15 W. |
| Heat Equivalent: | 0.85 btu/min (0.21 cal/min).<br>These figures represent the conversion of 100% of the electrical energy to heat. Actual percentage of heat generated will be less and will vary from product to product. These figures are provided as an aid in determining the extent of cooling required for an installation. |
| Fuse: | 120 V models: 0.5 A, 250 V, 5 mm.<br>230 V models: 0.5 A, 250 V, 5 mm. |
| Relay Inputs: | High impedance, balanced; passive in/out. |
| Input/Output Signal: | 70 V p-p maximum. |
| Load: | 0.1 A at 30 VAC inductive.<br>0.5 A at 30 VAC resistive. |
| Frequency Response: | At 2 V p-p ±0.3 dB: 10 Hz to 20 kHz.<br>At 15 V p-p ±0.5 dB: 20 Hz to 20 kHz. |
| Bandwidth: | At 2 V p-p -3 dB: 0 to 60 kHz.<br>At 15 V p-p -3 dB: 0 to 30 kHz. |
| Hum and Noise: | Better than -60 dBm. |
| Crosstalk: | Better than -70 dB at 20 kHz. |
| Radio-Frequency Emission Standard: | FCC Class A. |

### CONNECTORS

| | |
|---|---|
| Control Input/Output: | Two (2) 25-pin female D-shell connectors. |
| Relay Input: | V1332AF: Four (4) 16-pin removable screw terminal connectors;<br>V2332AF: Eight (8) 16-pin removable screw terminal connectors. |
| Relay Output: | One (1) 16-pin removable screw terminal connector or two (2) 8-pin removable screw terminal connectors. |
| Combiner Input/Output: | Two (2) 25-pin male D-shell connectors. |
| Power: | Detachable 3-conductor cable with grounded plug. |

### MECHANICAL

| | |
|---|---|
| Dimensions: | Height (H): 3.47 in. (8081 cm).<br>Width (W): 19.0 in. (48.3 cm).<br>Depth (D): 7.00 in. (17.8 cm). |




| | |
|---|---|
| Weight: | 9.0 lb (4.1 kg). |
| Construction: | Steel. |

### ENVIRONMENTAL

| | |
|---|---|
| Operating Temperature Range: | 32 to 122..F (0 to 50..C). |
| Humidity: | Up to 90% relative, noncondensing. |

AURORA 2000™



## AurorA2000 Digital Multiplexers

- **Simplex units can be upgraded to duplex**
- **30, 60 and 90 images/sec live refresh versions (90 on simplex only)**
- **Sharp, crystal-clear pictures with accurate color**
- **Programming from user-friendly on-screen menus**
- **Records up to sixteen cameras on one VCR**
- **High-resolution video output for VGA monitor**
- **No camera sync required**
- **Front panel telemetry control**
- **Intelligent updating of live video and recording**
- **Many multiscreen displays**
- **Linear electronic zoom from 1× to 16×**
- **Full-featured analog sequential switching**
- **Y/C input/output to VCR for highest resolution**
- **Alarm inputs**
- **Digital video motion detection**
- **Automatic reboot after power outage**
- **Requires only 1 field in encoding mode**
- **Context-sensitive help system**
- **Macros available (to include touring)**

Vicon's AurorA2000 video multiplexers offer all the features expected in an advanced multiplexer plus a level of image quality never seen before. Multiplexing allows multiple cameras to be recorded on one VCR with little loss of information from each camera. Sharp, crystal-clear pictures are assured in all modes.

Intelligent updating (30, 60 or 90 images/sec) refreshes the live screen display and the output to the VCR more often for cameras watching motion than for cameras without motion. Multiscreen displays include picture-in-picture (PIP), quad split, 3 × 3, 4 × 4 and various other split screens. Refer to Figure 1. Video may be sequenced in individual video sectors in multiscreen modes. Electronic pan-tilt-zoom offers a 16× zoom ratio with low image blocking. The AurorA2000 accepts alarm inputs from a variety of sources, including digital motion detection and hardwired inputs (one per camera channel). Video loss and communication failure alarms are available on each camera in your system. Serial ports for interfacing with a host computer, up to 16 receivers, or with Vicon NOVA systems are provided.

The AurorA2000 features telemetry control (mechanical PTZ). Using front panel keys, the AurorA2000 can remotely control up to 16 camera stations. Refer to Figure 2.

A broad range of models is available. Refer to Table 1 for a description of each model.

**Refresh Rates:** The AurorA2000 product line includes versions that provide refresh rates of 30, 60 or 90 images/second. Simplex units are available in all three refresh rates; however, duplex units are available with refresh rates of 30 or 60 images/second only. Units may be purchased for any of the available refresh rates or units may be upgraded with the purchase of an option board. Using AurorA2000 programming screens, a user can define that the increased refresh rate be applied to one or more video channels in a multiscreen display format.

**Simplex and Duplex:** The AurorA2000 multiplexers are capable of performing four general functions: (1) multiplexing (encoding) multiple cameras onto one VCR tape; (2) playing back (decoding) camera videos from a VCR tape; (3) displaying digitally processed live video; (4) displaying unprocessed, analog video. Functions 1, 2, and 3 all require processing by the AurorA2000's digitizing circuits.

| Model Number | Product Code | Video Inputs | Operating System | Live View Refresh Rate | Video System | Input Voltage (VAC) |
|---|---|---|---|---|---|---|
| AUR2K-SC3 | 6904 | 16 | Simplex | Color; 30 images/second | NTSC/PAL | 120, 230 |
| AUR2K-SC6 | 6905 | 16 | Simplex | Color; 60 images/second | NTSC/PAL | 120,230 |
| AUR2K-SC9 | 6906 | 16 | Simplex | Color; 90 images/second | NTSC/PAL | 120, 230 |
| AUR2K-DC3 | 6907 | 16 | Duplex | Color; 30 images/second | NTSC/PAL | 120, 230 |
| AUR2K-DC6 | 6908 | 16 | Duplex | Color; 60 images/second | NTSC/PAL | 120, 230 |

**Table 1: Model Descriptions**

A simplex model (all models with SC in the model number) has one digitizing board and may perform either encoding, decoding, or live multiscreen display, along with the display of unprocessed analog video. In other words, a simplex unit may perform one of the three digitizing functions, plus analog display. A duplex model (all models with DC in the model number) has two complete digitizing circuits and can perform two of the digitizing functions at a time in addition to analog display. A simplex unit may be upgraded to a duplex unit with the installation of an option board. Note that, in order to encode multiplexed video to a VCR and decode multiplexed video from a VCR at the same time, two VCRs are required. One will be operating in the RECORD mode for encoding, and one will be operating in the PLAYBACK mode for decoding. The availability of the undigitized video output is unaffected by the operation of the digital circuits.

**VCR Multiplexing:** AurorA2000 multiplexers allow video from multiple cameras to be recorded on a single VCR tape with little elapsed time between recorded images from a given camera. It works by recording intermittent fields of video from each camera. A camera generates 60 fields/second in the NTSC system or 50 fields/second in the PAL system. The multiplexer switches from one camera to the next every 2 or 3 fields of video, or approximately 30 times per second in the NTSC television systems (about 25 times per second in PAL). For instance, if an NTSC-based system has 10 cameras, then each camera will be visited and recorded 3 times in one second (approximately 30 switches/second divided by 10 cameras). Since very little can happen in front of a camera in 1/3 second, the security coverage is very thorough. If the system is based on PAL standards, 2.5 images would be recorded from each camera in the sample system (about 25 switches/second divided by 10 cameras).

Note, however, that it is not possible to record all the video from each camera; while the VCR is recording cameras 2 - 10, no video is recorded from camera 1. This is an important fact, and it is true of all multiplexers. If absolutely continuous recording (that is, 25 or 30 frames/second from every camera in the system) is required, then every camera must have its own VCR, and the VCRs must all be set to the 2-hour mode. The great benefit of using a multiplexer is that numerous cameras can be recorded on a single VCR with very little loss of information from each camera.

AurorA2000 multiplexers provide time-base correction for input video so that no camera synchronization is required. The AurorA2000 receives analog video from a camera, converts it to digital form, stores the digital image in memory until just the right instant, then converts it back to analog and sends it to the VCR. This permits the video from each camera to be perfectly synchronized with all other cameras on the VCR tape.

Moreover, AurorA2000 features "intelligent updating," thanks to its digital video motion detection feature. If the unit identifies activity in front of any camera, it sends video images from that camera to the monitor and to the VCR more frequently than video from cameras viewing inactive scenes.

AurorA2000 units can be set to coordinate with the time-lapse modes of any time-lapse recorder. Programming the AurorA2000 for various recorders is simple and is performed with user-friendly on-screen menus.

**Playback from a VCR:** The decoding function allows a viewer to watch video played back from the VCR comfortably. The user specifies the camera or cameras to be viewed and puts the VCR in the PLAY mode. For example, the user wishes to view the recorded video from camera 2. Select the decode mode on the AurorA2000, select channel 2, and put the VCR on PLAY. The AurorA2000 looks for the first image from camera 2 from the VCR. When it is found, the AurorA2000 converts it to digital form and puts it in memory. It is then reconverted to analog video and is output to the monitor. The image held in memory is used to continuously update the picture on the monitor until the next image from camera 2 is retrieved from the tape. (Remember that, between each image from any single camera on the VCR tape, there will be one image from every other camera in the system. Thus if there are 10 cameras in the system, there will be images from 9 other cameras between each image from camera 2.) Although this example refers to viewing only one camera, multiple cameras may be viewed in playback using the multiscreen display feature of the AurorA2000.

**High-Resolution Output:** AurorA2000 provides a high-resolution video output of 720 pixels (540 lines) for use with a VGA monitor (NTSC only). A BNC standard output is also available with 640 pixels (480 lines) resolution.

**Multiformat Decoding:** The AurorA2000 can play back tapes that have been encoded by AurorA2000 and AurorA99.

**Multiscreen Displays:** The AurorA2000 has the widest selection of multiscreen displays of any multiplexer in the industry. These include picture-in-picture (PIP), quad split, 3 × 3 (9 screen segments), 4 × 4 (16 screen segments), and various combinations of quad- and sixteenth-sized segments. Figure 1 shows various screen displays.

In all of the multiscreen displays, any camera may be assigned to any of the screen segments. There is no fixed partitioning of camera input to screen segment. Also, any screen segment may be made to sequence multiple cameras. If sequencing is selected, the cameras assigned to the sequence may be put in any order, and selected cameras may be sequenced with greater or lesser frequency than other cameras in the sequence.

**Digital Special Effects:** AurorA2000's electronic zoom feature has continuously variable magnification up to 16 times the original size. This means that an object that is 0.6 inch wide on a 12-inch monitor screen can be enlarged to fill the full screen. The magnification takes place with low blocking or pixellating because the AurorA2000 interpolates data to provide smooth line edges

in the image. The expanded picture remains bright and sharp. The electronic pan-and-tilt function allows the enlarged window to be moved around to any part of the original monitor image.

*NOTE: Electronic zooming is not the same as lens zooming. In photographic zooming, the telephoto setting looks at a smaller part of the original scene and thus can capture more detail than would be seen in a wide angle view of the scene. In electronic zooming, a segment of a picture of the original object is enlarged. Consequently, only the detail that was in the original picture is enlarged; no additional detail is seen. This is true of all electronic zoom devices.*

**Analog Sequential Switching (Spot Monitor):** One monitor output is dedicated to video that has not been digitized. This output may be used to display one camera continuously or to sequence multiple cameras. If sequencing is selected, the cameras may be sequenced in any order, allowing more important cameras to be displayed more frequently. Individual cameras may be called up during sequencing and will remain displayed for the dwell period. The dwell period may be adjusted from 1 to 60 seconds.

**Alarm Functions:** The AurorA2000 offers versatile, multi-faceted alarm functions. There is one hardwired alarm contact for each camera channel, and each may be used as an alarm input or output. Inputs may be set for normally open (NO) or normally closed (NC) operation, and outputs may be set to active high or low. Alarm inputs may be defined as latching or momentary. Alarms may be acknowledged automatically or manually. Digital video motion detection is provided on each camera channel, and all channels are protected by a video loss alarm feature. Sixteen receiver alarms are available (these alarms are always latching).

Alarm outputs include a tone, a special display of the alarmed video, the word ALARM displayed on screen, a front-panel LED for each alarmed channel, dry contact relay outputs (NO and NC), and an output to the VCR to initiate alarm recording.

**Digital Video Motion Detection:** AurorA2000 features video motion detection in all display formats. Motion detection may be used to generate alarms or to provide more frequent updating of cameras with motion in their fields-of-view, or to do both. The auto bypass feature allows cameras which do not have motion in their field-of-view to be bypassed in the encoding.

The video picture area is divided into 192 motion detection blocks. Detection may be enabled or disabled for each block, and each camera channel may be programmed for the minimum number of blocks that must detect motion before the motion detection outputs go active. Also, the detection sensitivity level may be set individually for each camera channel over a relative range of 1 to 9.

**Mechanical PTZ (Telemetry) Mode:** The AurorA2000 multiplexer features RS-422 receiver control of up to 16 receivers (one for each camera) using the front panel keys. Each pan-and-tilt drive connected to the receivers may be controlled from the multiplexer, as well as lens functions of the cameras and any auxiliary equipment connected to the receiver. This provides the ability to pan, tilt, zoom, autopan, enable/disable autoiris, acknowledge alarms and perform other receiver functions from the AurorA2000. The AurorA2000 electronic pan, tilt, and zoom feature is also available in telemetry mode. Any monitor can be used.

**Titling Features:** Each camera channel can be given its own title of up to twelve characters, and a time and date display may also be provided. Additional display information includes an alarm status display that indicates whether the alarm source is a hardwired input, motion detection, receiver alarm, receiver comm fail or video loss. Titling is available on any monitor.

Date information may be displayed in the American, European, or Asian formats. AurorA2000 includes an automatic daylight saving feature.

**Easy Programming:** AurorA2000 is programmed with user-friendly on-screen menus. AurorA2000's on-screen menus lead the programmer step-by-step through the various programming functions.

A very important feature of the AurorA2000 design is that all program information is retained during power outages, and when the power outage ends, AurorA2000 resets itself and reloads all the user settings. Thus an AurorA2000-based system is up and running as soon as power is restored and does not require an operator to restart it.

**Passcoding:** Access to the programming screens may be restricted, if the system owner wishes. AurorA2000 may be programmed so that a passcode is required to permit modifying the program parameters. The passcode can also be set to limit the ability to change from one display format to another.

Furthermore, using the password activation, any video can be locked out from the live display while still being encoded and recorded on the VCR. This feature gives an Administrator the ability to collect video onto tape while maintaining the privacy of areas monitored by locked cameras.

The AurorA2000 multiplexers meet FCC requirements for Class A computing devices and European Community (CE) standard EN 50081-1 (generic emissions) and EN 50082-1 (generic immunity).

## Digital Video Multiplexers

The multiplexer shall provide multiplexed encoding of up to sixteen video cameras onto a single video recorder, decoding of encoded tapes for monitor display, digital multiscreen monitor displays, alarm operation, digital motion detection, and time/date/titling. The front panel keys of the multiplexer shall be dual purpose; they may be used for normal mode, which includes alarm, non-alarm and programming modes, and mechanical PTZ mode (telemetry), which controls up to 16 receivers from a single RS-422 port. Mechanical PTZ mode functions shall include panning, tilting, freezing and restoring video displays, electronic pan/tilt/zoom, storing and setting presets, acknowledging alarms, enabling/disabling autoiris, autopan, and auxiliary devices, and lens control. A context-sensitive help screen shall be available.

Encoding functions shall include: time-base correction; customized timing for all recorder models and all time-lapse modes; ability to be controlled by recorder clock pulse output; and proportional updating to cause cameras with motion in the field-of-view to be updated to the recorder more frequently than cameras without motion.

Decoding functions shall include: multiformat decoding to allow tapes recorded from other multiplexers to be played back through the multiplexer; playback of encoded or unencoded video; and multiscreen display of recovered video.

Live digital video display functions shall include: picture-in-picture; quad screen display; nine-window screen display; sixteen-window screen display; mixed border screen display; mixed half screen display; mixed split screen display; any window may display any camera; any window or windows may display sequencing video; sequence may be ascending or random order, with variable dwell; screen update rate may be controlled by activity in camera field-of-view; screen update rate may be prioritized by user; continuously variable electronic zoom up to 16 times the original size, with interpolation to minimize pixellating or blocking; electronic pan and tilt; and analog sequential switching shall be provided, with ascending or random order display and individual camera dwell. Automatic operation of motion and alarm scheduling shall be available.

The multiplexer shall be available in versions that provide refresh rates of 30, 60 or 90 images/second; option boards shall be available to upgrade to a faster refresh rate or from simplex to duplex. Using programming screens, the increased refresh rate shall be able to be applied to one or more video channels.

The multiplexer shall offer versatile, multi-faceted alarm functions. There shall be one hardwired alarm contact for each camera channel, and each may be used as an alarm input or output. Inputs may be set for normally open (NO) or normally closed (NC) operation, and outputs may be set to active high or low. Alarm inputs may be defined as latching or momentary. Alarms may be acknowledged automatically or manually. Digital video motion detection shall be provided on each camera channel, and all channels shall be protected by a video loss alarm feature. Sixteen receiver alarms shall be available (these alarms shall always be latching).

Titling functions shall include individual camera titles of up to twelve characters, time, date, and alarm status. Size, outline, and background of the display information shall be user-programmable, and the date format shall include American, European, and Asian options. An automatic daylight saving time feature shall be provided.

Programming shall be by on-screen menus, and all program information shall be retained during power outages and shall automatically reload itself upon termination of the outage. Passcode protection of the programming screens shall be provided. The passcode may also be used to limit the ability to change from one display format to another.

Models shall be available capable of supporting the NTSC and PAL television systems. Horizontal resolution shall be 640 pixels (480 TV lines). Video crosstalk shall be less than 50 dB at 4.2 MHz. The multiplexer shall be Vicon Model (See Table 1).

# Technical Information

## ELECTRICAL

**Input Voltage:** Refer to Table 1.

**Line Cord:** Detachable 3-conductor cable with grounding plug.

**Power Consumption:** Less than 50 W.

**Heat Equivalent:** 2.8 btu/min (0.72 kg-cal/min). Note: These figures represent the conversion of 100% of the electrical energy to heat. Actual percentage of the heat generated will be less and will vary from product to product. These figures are provided as an aid in determining the extent of cooling required for an installation.

**Fuse:** 1.5 A, 250 V, 3AG.
5A, 32 V, 3AG, inline.

**Radio Frequency Emission Standards:** FCC Class A.

**European Community (CE):** EN 50081-1 generic emissions.
EN 50082-1 generic immunity.

## VIDEO

**Video System:** NTSC: RS-170, 525 lines, 30 frames/sec.
PAL: 625 lines, 25 frames/sec.

**Video Input Signal:** Composite video: 1.0 V p-p (140 IRE), consisting of 714 mV (100 IRE) of luminance and 286 mV (40 IRE) of negative-going sync.
Y/C input: 1.0 V p-p Y signal (Y = luminance) plus 400 mV C signal (C = chominance or color) over separate conductors.

**Video Output Signal:** 1.0 V p-p (140 IRE) composite video, consisting of 714 mV (100 IRE) of luminance and 286 mV (40 IRE) of negative-going sync.
Y/C output: 1.0 V p-p Y signal (Y = luminance) plus 400 mV C signal (C = chominance or color) over separate conductors.

**Horizontal Resolution:** NTSC
VGA: 720 pixels, 540 lines.
BNC: 640 pixels, 480 TV lines.
PAL: 640 pixels, 480 TV lines.

**Video Crosstalk:** Less than 50 dB at 4.2 MHz.

**Video Inputs:** 16; terminated with 75 ohms.

**Looping Video Outputs:** 1 looping output for each camera input.

**Monitor Outputs:** 2 monitor outputs for digitally processed video, 1 BNC, 1 VGA (for multiscreen displays, video special effects, etc.).
1 monitor output for unprocessed analog video. Provides sequential switching, hold viewing of selected cameras and time, date, titling.

**VCR Inputs/Outputs:** 1 output to VCR for composite video;
1 output to VCR for Y/C-type signal for Super-VHS VCRs.
1 input from VCR for composite video;
1 input from VCR for Y/C video.

**Synchronization:** All video inputs are synchronized internally by the AurorA2000; it is not necessary to synchronize the cameras.

## VIDEO FUNCTIONS

**Multiscreen Displays:** Refer to Figure 1.

**Input Channel Distribution:** Any video input channel may be assigned to any segment of a multiscreen display.

**Multiscreen Sequencing:** Any segment or segments of a multiscreen display may be assigned to sequence a series of different input videos. Dwell is user-selectable.

**Electronic Zoom:** Linear 16x zoom range with interpolation to minimize blocking.

**Electronic Pan and Tilt:** The zoomed area can be moved around to any part of the original full-screen image.

**Decoding Compatibility:** The AurorA2000 can decode (play back) video tapes which were originally encoded with AurorA2000 and AurorA99 models.

**Refresh Rates:** AUR2K-SC3: 30 images/sec.
AUR2K-SC6: 60 images/sec.
AUR2K-SC9: 90 images/sec.
AUR2K-DC3: 30 images/sec.
AUR2K-DC6: 60 images/sec.

## DIGITAL VIDEO MOTION DETECTION

**Number of Channels:** 16.

**Sensing Area:** Programmable 16 x 12 block array. Variable sensing area can be as small as 1 block.
Programmable sensitivity level.

**Active Video Recording:** Channels detecting activity may be programmed to record more frequently than channels without activity.

**Live Video Display Update:** Frequency of update of live video display depends on level of activity in front of camera.

## MECHANICAL PTZ (TELEMETRY) MODE

**Functions:** Pan Left/Right.
Tilt Up/Down.
Pan/Tilt Speed.
Autopan.
Zoom In/Out.
Iris Close/Open.
Autoiris.
Lens Speed.
Focus Far/Near.
Digital Zoom.
Acknowledge Alarm.
Auxiliary Devices On/Off.
Preset Store/Recall.
Freeze/Restore Video.
Help Screen.

**Connection:** RS-422 (serial 1 and/or 2 port).

# Technical Information cont'd

**Maximum Number of Receivers:** 16.

## ALARM OPERATION

**Number of Hardwired Alarm Inputs:** 16. Each of these can be set as an output.

**Hardwired Alarm Input Type:** Alarm equipment connected to AurorA2000 should provide voltage-free contact pairs or the equivalent as the output.

**Alarm Outputs:** 2 dry-contact relay outputs, one normally closed (NC) and one normally open (NO). Relay is rated at 0.5 A at 42 V with a resistive (noninductive) load.

**Aux Alarm Output:** TTL active high or low.

**Alarm Recording Modes:**
1. Normal recording continues unchanged.
2. Alternate recording provides increased frequency of alarmed cameras. Nonalarmed cameras continue to be recorded.

**Video Loss:** Alarm is generated when loss of video is detected.

## TITLING

**Camera ID:** A default camera title with number is displayed unless replaced by a customer-selected title.

**Alphanumeric Titling:** Each title may have up to 12 alphanumeric characters. Size, color, shadow, and background are selectable.

**Screen Display:** The screen may display various combinations of title, time/date, mode, status, and various messages.

**Recorded Information:** Camera title, time, date, plus alarm information are recorded with each image.

## MECHANICAL

**Dimensions:** In rack-mount configuration:
Height: 1.75 in. (44 mm).
Width: 19.0 in. (483 mm).
Depth: 11.5 in. (292 mm).
In desk-top configuration:
Height: 2.0 in. (51 mm).
Width: 17.5 in. (445 mm).
Depth: 11.5 in. (292 mm).

**Weight:** Approximately 9.75 lb (4.4 kg).

**Shipping Dimensions:** Height: 4.9 in. (124 mm).
Width: 21.6 in. (549 mm).
Depth: 14.5 in. (368 mm).

**Shipping Weight:** Approximately 13.5 lb (6.1 kg).

**Shipping Volume:** 0.9 $ft^3$ (0.025 $m^3$).

## ENVIRONMENTAL

**Operating Temperature Range:** 32 to 122° F (0 to 50° C)

**Operating Humidity Range:** 0 to 90% relative, noncondensing.

**Storage Temperature Range:** -20 to 140° F (-29 to 60° C).

**Storage Humidity:** Up to 85% relative, noncondensing.




**Figure 1: AurorA2000 Displays**




**Figure 2: Front and Rear Panels**

VICON INDUSTRIES
89 Arkay Drive
Hauppauge, NY 11788
www.vicon-cctv.com
TEL: 631-952-2288
FAX: 631-951-2288
TOLL FREE: 800-645-9116



Copyright © 2000 Vicon Industries Inc. All rights reserved.
Vicon and its logo are registered trademarks of Vicon Industries Inc.

# SURVEYOR 1000

## Cost-Effective Camera Dome System



### FEATURES:

- 18X Super HAD™ CCD high-resolution color camera
- In-ceiling, pendant and outdoor configurations
- Priced competitively with other "low-cost" domes
- Cosmetically identical to Surveyor2000 for easy mix into existing systems
- Vicoax II or RS-422 on-board receiver

The Surveyor1000 camera dome system is a cost-effective PTZ system priced to compete with other "low-cost" domes without sacrificing performance or quality.

Perfect for indoor or outdoor applications, the Surveyor1000 produces an exceptionally clear image with outstanding color reproduction.

| Model | Product Code | Environment | Description |
|---|---|---|---|
| S1000-IC | 7858 | Indoor | **SURVEYOR1000**; in-ceiling PTZ dome with 18X Super HAD CCD high-resolution color camera (NTSC). |
| S1000-IC-C | 7858-01 | Indoor | **SURVEYOR1000**; in-ceiling PTZ dome with 18X Super HAD CCD high-resolution color camera (PAL). |
| S1000-PEN | 7859 | Indoor | **SURVEYOR1000**; pendant PTZ dome with 18X Super HAD CCD high-resolution color camera (NTSC). |
| S1000-PEN-C | 7859-01 | Indoor | **SURVEYOR1000**; pendant PTZ dome with 18X Super CCD high-resolution color camera (PAL). |
| S1000-ENV | 7860 | Outdoor | **SURVEYOR1000**; outdoor PTZ dome with 18X Super HAD CCD high-resolution color camera, sunshield and clear lower dome (NTSC) |
| S1000-ENV-C | 7860-01 | Outdoor | **SURVEYOR1000**; outdoor PTZ dome with 18X Super HAD CCDhigh-resolution color camera, sunshield and clear lower dome (PAL). |

| Model | Product Code | Environment | Color |
|---|---|---|---|
| S2000-SMK-LD | 7006 | Indoor | Gray Tint |
| S2000-CHR-LD | 7007 | Indoor | Chrome |
| S2000-GLD-LD | 7008 | Indoor | Gold |
| S2000-CLR-LD | 7009 | Indoor | Clear |
| *S2-CHR-LDW | 7072 | Outdoor | Chrome |

** Note: Outdoor Surveyor1000 units come complete with a clear lower dome. Please speak to your Vicon representitive about ordering an outdoor Surveyor1000 with a chrome lower dome.*

Vicon Part Number: 8015-5076-00-00

VICON

A World Leader In Engineered Video Systems

www.vicon-cctv.com

**Camera/Lens Specification**

| *Specifications* | Model Numbers: S1000-IC, S1000-PEN, S1000-ENV | Model Numbers: S1000-IC-C, S1000-PEN-C, S1000-ENV-C |
|---|---|---|
| Camera | Formats: *NTSC* | Formats: *PAL* |
| Camera Type | Color | Color |
| Optical Zoom | 18x | 18x |
| Digital Zoom | 12x | 12x |
| Total Zoom | 216x | 216x |
| Image Device | 1/4-inch interline transfer CCD | 1/4-inch interline transfer CCD |
| Picture Elements | 768 (H) x 494 (V), 380,000 pixels | 752 (H) x 582 (V), 438,000 pixels |
| Sensitivity | 0.094 fc (1.01 lux) at F1.4 and 50 IRE | 0.094 fc (1.01 lux) at F1.4 and 50 IRE |
| Horizontal Resolution | 470 TV lines | 460 TV lines |
| S/N Ratio | More than 50 dB | More than 50 dB |
| Synchronization | Internal/External (Line Lock on AC line) | Internal/External (Line Lock on AC line) |
| Automatic Gain Control(AGC) | -3 to 28 dB, adjustable | -3 to 28 dB, adjustable |
| Backlight Compensation | ON/OFF | ON/OFF |
| Iris Control | Automatic/Manual | Automatic/Manual |
| Video Focus | Automatic/Manual | Automatic/Manual |
| White Balance | Automatic/Manual Red/Blue Gain Level | Automatic/Manual Red/Blue Gain Level |
| Shutter Speed | 1/60 - 1/10000 sec | 1/60 - 1/10000 sec |
| Lens | | |
| Focal Length | 4.1 - 73.8 mm | 4.1 - 73.8 mm |
| Aperture Max | F1.4 | F1.4 |
| Horizontal Angle of View | 48° wide, 2.7° tele | 48° wide, 2.7° tele |

**ELECTRICAL**

**Drive Type:** Electrical motorized pan and tilt with electronic control.
**Camera Types:** 1/4 in. color (NTSC/PAL) formats.
**Input Voltage:** 22-34 VAC.
**Current:** Indoor unit: 1.2 A nominal. Outdoor unit: 2.0 A nominal.
**Video Output Impedance:** 75 ohms.
**Fuse:** F1: 2AG, 1.6 A 250 VAC, slo-blo. F2: 2AG, 2.5 A 250 VAC, slo-blo.

**OPERATIONAL**

**Pan Speed:** Variable, 0.25 - 120°/sec.
**Autopan Speed:** Variable, 3 - 45°/sec.
**Tilt Speed:** Variable, 0.25 - 90°/sec.
**Zoom Speed:** Variable, 0 - 200°/sec.
**Focus Speed:** Less than 1.8 sec from end to end.
**Preset Capabilities:** 79 individual programmable preset positions.
**Tour Capabilities:** 4 tours available with 32 programmable events per tour. Events may be preset positions, alarm acknowledgement, alarm or preset dwell times, relay function activation, tour repeat or chaining tours.
**Preset Solving Speed:** 1 sec nominal.
**Preset Repeatability:** 0.3 degrees maximum.
**Alarm Capabilities:** 4 alarm inputs. Individual input enable disable. Alarm report to CPU enable/ disable. Active level definition (high/low). Alarm acknowledge definition (manual or automatic) with programmable dwell time. Alarm action definition (preset solve, relay on/off, tour, or no action). Alarm titling.

**Relay Output Capabilities:** 1 relay output. Power-on state definition (on/off). Output type definition (momentary or latching). Relay function status titling.
**Screen Titling Capabilities:** Programmable for camera, preset and alarms. Fixed for relay function and lens status. Camera: 1 for each. Preset: 79 maximum. Alarm: 4 maximum. Individual type enable/disable. 20 characters maximum. Selectable position.

**ENVIROMENTAL**

**Operating Temperature Range:** Indoor units: 35 to 122° F (2 to 50° C). Outdoor units: -40 to 122° F (-40 to 50° C).
**Operating Humidity Range:** Indoor units: 0 to 90% relative, noncondensing. Outdoor units: 100% relative humidity.
**Storage Temperature Range:** -40 to 150° F (-40 to 65° C).
**Wind Load:** Outdoor: heavy rain or snow driven by winds up to 80 mph.

Vicon and its logo are registered trademarks of Vicon Industries Inc. Product specifications subject to change without notice.
Copyright© 2002 Vicon Industries Inc. All rights reserved.