AMERICAN TECH CORP
6300 PACIFIC HWY E
TACOMA, WA 98424
253-922-7522

BATCH: 409
S-A-L-E-S D-R-A-F-T
73614835
009500378170

REF: 0562
CD TYPE: MASTERCARD
TR TYPE: PURCHASE
DATE: AUG 19, 02 14:08:03

TOTAL $22270.00*

ACCT: 5560960000500943 EXP: 03/11
AP: 083436
**** IMPRINT CARD ****

CUST.
TAX $0.00

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS AND/OR SERVICES IN THE AMOUNT OF THE TOTAL SHOWN HEREON AND AGREES TO PERFORM THE OBLIGATIONS SET FORTH BY THE CARDMEMBER'S AGREEMENT WITH THE ISSUER

X ______________________________

TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER