6300 Pacific Hwy E
Tacoma, WA 98424
PH: 253-922-7522
Fax: 253-922-7525

# facsimile transmittal

American TechCorp
*Technology at your Fingertips*

| | | | |
|---|---|---|---|
| **To:** | Ed Bleck | **Fax:** | 206.553.1464 |
| **From:** | Lee Wilson | **Phone:** | 206.553.6772 |
| **Re:** | SeaTac Airport CCTV | **Date:** | 08/19/02 |
| **EMAIL:** | | **Pages:** | 3 |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Dear Mr. Bleck,

It was good to meet you earlier today at SeaTac Airport. Marty and I and the rest of the staff are looking forward to getting the SeaTac system fully operational. We have actually been working on it for 7 or 8 months already getting all the approvals in place so we are anxious to finish what we have started!

Just a few comments on the Digital Video Recorders (DVR's). We have looked around the industry quite a bit to see if there are any other machines that have better features or more capability and have not found any thing that has the capability of these machines or the user features. Also, most do not even offer audio recording which is of course important to what we are trying to accomplish for the INS in this case.

As soon as we get some of them installed, we will give you a call to check them out in operation. They do work really slick, I think you will be favorably impressed even at the 4 frames per second record rate. Also, we can actually put in another 480 Gig of Hard Drives if INS wants to go up in frame rate or extend the record time for longer recording. We could also use the extra HD space to do a redundant RAID system for data back-up.

Marty found out the following:
re: Software licensing for playback or remote viewing.

The Receiver (client) version of the software is unlimited licensing and may be installed as needed. It is a full version program offering many features not needed for simple playback. There is a "Playback Utility" which is also unlimited in its licensing and can be installed when the full version is not needed. (i.e. Playback utility on a laptop used in court when full version not needed.)

re: Watermarking

The watermarking of the record files is a law enforcement grade proprietary encryption that is currently in use by other branches of Federal Law Enforcement according to the manufacturer. These agencies include: U.S. Customs Service and Federal Bureau of Investigation. If additional information on the proprietary watermarking encryption is needed we can have the manufacture provide a little more detail.

Thanks,

Lee Wilson
Commercial Systems