**HILL, JOHNSON & SCHMUTZ**
A LIMITED LIABILITY COMPANY

RICHARD L. HILL
F. McKAY JOHNSON
EVAN A. SCHMUTZ
Wm. KELLY NASH
STEPHEN QUESENBERRY
DOUGLAS B. THAYER
DONALD D. GILBERT
QUINN M. KOFFORD
SCOTT L. SOELBERG
RALPH C. AMOTT
M. REED ADAMS
LANCE N. LONG
CURTIS R. HUSSEY
CURTIS D. HOFFMAN
BRYAN QUESENBERRY
OF COUNSEL
CLARALYN MARTIN HILL

ATTORNEYS AND COUNSELORS
JAMESTOWN SQUARE
3319 NORTH UNIVERSITY AVENUE
PROVO, UT 84604

TELEPHONE (801) 375-6600
FACSIMILE (801) 375-3865
E-MAIL ADDRESS: firm@hjslaw.com

CORRESPONDENT FIRM
JONES, WALDO, HOLBROOK & McDONOUGH, P.C.
OFFICES IN:
SALT LAKE CITY, UTAH;
WASHINGTON, D.C.;
AND ST. GEORGE, UTAH

November 22, 2002

Steve Chang
Immigration and Naturalization Service
1000 2nd Ave., Ste 2550
Seattle, WA 98104

RE: American TechCorp

This firm has been retained by American TechCorp regarding camera and monitoring system installation work it did for the INS. Pursuant to 41 U.S.C. § 605, *et. el.*, this is American TechCorp's written claim submitted to the contracting officer.

As you know, American TechCorp installed a camera and recording system at the Peace Arch crossing in Blaine, WA during November and December of 2001 with the full knowledge of INS. Thereafter, TechCorp installed more cameras, recording equipment and some microphones at the SeaTac INS facility, but has not been fully paid for such services and equipment.

Attached hereto is a letter from American TechCorp previously sent to Carol Amano of the US Dept. of Justice in Laguna Niguel, California, which contains a detailed chronology of the facts and circumstances underlying this claim. Also attached hereto are five invoices totaling $269,000.80 – the amount owed to American TechCorp for services and equipment it provided to the INS.

I look forward to hearing from you in this matter within the next 60 days. Otherwise, I will promptly file a civil action on behalf of American TechCorp.

Very Truly Yours,

Stephen Quesenberry

cc: Roi Nevaril, Carol Amano

Pursuant to 41 USC § 605(c)(1), American TechCorp hereby certifies that its claim (which is greater than $100,000) is made in good faith, that the supporting data are accurate and complete to the best of its knowledge and belief, that the amount requested accurately reflects the contract adjustment for which American TechCorp believes the government is liable. The undersigned certifier is duly authorized to certify the claim on behalf of American TechCorp.

Certifier
Stephen Quesenberry on behalf of American TechCorp