American TechCorp

*Technology at your Fingertips*

Structured Wiring

CEBus Systems

Audio/Video

Digital Satellite

Security Systems

Closed Circuit Television

Telephone/Data

August 19, 2003

Department of Homeland Security
Bureau of Immigration & Customs Enforcement
425 I Street N.W., Room 3260
Washington, DC 20536
Attn: FOIA Officer

Re: Case # 2003X00946

Dear Freedom of Information Act Officer,

Our company has been involved in the above-mentioned case. We have stayed in touch with the investigation team in what was The Office of Internal Audit when it was INS. Since the change to The Department of Homeland Security, the group is called the Bureau of Immigration and Customs Enforcement Internal Investigations. Our contacts have been Pedro White (202.514.3235), Jim Andrus (202.353.8684) and Joe Fahey (202.514.7321). I believe they are also all in room 3260 of the Chester Arthur Building at 425 I Street NW. They have tried to help our company work through the investigation process. The investigation staff has now completed the investigation.

Mr. Andrus is a Supervisory Special Agent. He knows I have wanted a copy of the investigation report. He has told me that now that the report has left his office for 30 days I may ask for a Freedom of Information Act copy of the report and to send the request to you.

Mr. Hal Griffin (202.514.5955) from The Office of Congressional Relations, which is also in your same building spoke to me earlier today and told me to write you a letter requesting a copy of the report. He told me a letter would do and that I did not have any special form to fill out. I would appreciate it very much if you could expedite a copy to me. We have already waited nearly a year on this case and it has created an extreme hardship on my fellow workers and me.

Please call me if you need anything else.

Thank You,

Lee E. Wilson
President

cc; Hal Griffin, Dept. of Homeland Security, Office of Congressional Relations
Keith Kosik, Office of Congresswoman Jennifer Dunn
Jim Andrus, Dept. of Homeland Security, Internal Investigations

6300 Pacific Highway East, Tacoma, Washington 98424
Tacoma: 253-922-7522 • Seattle: 206-937-6356 • Fax: 253-922-7525