*Office of the Principal Legal Advisor*

**U.S. Immigration and Customs Enforcement**
24000 Avila Road
Room 6000
Laguna Niguel, CA 92677-3400

ORIGINAL
MAIL RCVD 1/14/04

**U.S. Immigration and Customs Enforcement**

January 9, 2004

Lee E. Wilson, President
American TechCorp
POB 10
Tacoma, WA 98401

Re: Claim against the Department of Homeland Security

Dear Mr. Wilson:

The Standard Form 95, Claim for Damage, Injury, or Death, which you have submitted has been referred to this office for determination.

Any recovery under the Federal Tort Claims Act must be predicated upon a showing of a negligent or wrongful act or omission of a federal government employee acting within the scope of his/her employment. 28 U.S.C. § 1346(b).

This office has reviewed the circumstances surrounding this incident and has determined that you have failed to establish that any negligent or wrongful act or omission of a federal government employee caused this incident to occur.

The claim alleges a breach of contract rather than a tort claim. Contract claims are not cognizable under the Federal Torts Claim Act. Moreover, the alleged contract with the United States or any federal agency is not an actual authorized contract.

Insofar as the claim might be deemed to be a claim under the FTCA, it is barred by the provisions set forth in 28 U.S.C. § 2680(h), which states as follows:

> Any claim arising out of assault, battery, false imprisonment, false arrest, malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit or interference with contract rights: Provided, That, with regards to acts or omissions of investigative or law enforcement officers of the United States Government, the provisions of this chapter and section 1346(b) of this title shall apply to any claim arising, on or after the date of the enactment of this proviso, out of assault, battery, false imprisonment, false arrest, abuse of process, or malicious prosecution. . . .

For the reasons stated, your claim must be and hereby is denied.

If you are dissatisfied with this determination, you may file suit in an appropriate United States District Court not later than six months after the date of mailing of this notification of denial. 28 U.S.C. § 2401(b).

Very truly yours,

Carmen Z. Everett
Senior Administrative Law Attorney