IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1133C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Paul Wellons as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Paul Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: August 11, 2004

s/Paul Wellons
Paul Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-0277
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of August I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

James A. Smith, Jr.
Smith & Hennessey, PLLC
316 Occidental Avenue South
Suite 500
Seattle, WA 98104

______________________________