IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1133C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 31 days, to and including November 29, 2004, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due October 29, 2004. This is defendant's third request for an enlargement of time for this purpose, the Court having previously granted our requests for a total of 84 days of enlargement. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Counsel are conducting discussions regarding how they can resolve this matter in an efficient and cost-effective manner, and believe that it is likely to be in both parties’ interests to resolve this case amicably. Thus, counsel wish to conduct additional settlement discussions prior to proceeding with further litigation.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s/PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

October 29, 2004

Attorneys for Defendant