# In the United States Court of Federal Claims

No. 04-1133C
Filed November 4, 2004

| | |
|---|---|
| ************************************ | |
| | * |
| AMERICAN TECH, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

Defendant's unopposed motion for an enlargement of time, filed on October 29, 2004, is **GRANTED.** Accordingly, defendant's response to plaintiff's complaint is now due **on or before November 29, 2004.**

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge