IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1133C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 39 days, to and including January 7, 2004, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due November 29, 2004. This is defendant's fourth request for an enlargement of time for this purpose, the Court having previously granted our requests for a total of 115 days of enlargement. Counsel for defendant informed counsel for plaintiff of its intention to file this motion in a telephone conversation on November 19, 2004 and in a voice mail on November 22, 2004. Counsel for plaintiff has informed counsel for defendant that plaintiff does not oppose this motion.

The parties have made substantial progress towards settlement and are continuing settlement discussions. Thus, the parties believe that an amicable resolution to this case remains possible and likely will be in both parties' interests. Thus, counsel for both parties wish to continue settlement discussions at this time instead of proceeding with further litigation.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

November 24, 2004

Attorneys for Defendant