# In the United States Court of Federal Claims

No. 04-1133C
Filed November 30, 2004

```
***********************************
                                  *
AMERICAN TECH, INC.,              *
                                  *
            Plaintiff,            *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
***********************************
```

**ORDER**

Defendant's unopposed motion for an enlargement of time, filed on November 24, 2004, is **GRANTED.** Accordingly, defendant's response to plaintiff's complaint is now due **on or before January 7, 2005.**

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge