IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1133C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

The parties respectfully request an enlargement of time of 31 days, to and including February 7, 2005, within which defendant may file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due January 7, 2005. This is the fifth request for an enlargement of time for this purpose, the Court having granted defendant's previous requests for a total of 154 days of enlargement.

The parties continue to make substantial progress towards settlement. In particular, the parties are discussing whether it would be in both their interests to form a new agreement by which they settle plaintiff's claims in exchange for defendant receiving and retaining certain goods and services from plaintiff. In working to achieve this end, the parties are cooperating to verify and agree upon the value of the technical equipment at issue in this dispute. At the Government's request, Plaintiff has provided substantial information regarding the pricing and value of the equipment and services at issue. Plaintiff anticipates providing additional information

demonstrating the value of the equipment and services at issue no later than January 14, 2005.

Thus, the parties believe that an amicable resolution to this case remains likely to be in both parties' interests and wish to continue settlement discussions instead of proceeding with further litigation. Assuming the Court grants the parties' motion, the parties will provide the Court with an update regarding their progress on or before the February 7, 2005 deadline.

For these reasons, the parties respectfully request that the Court grant their motion for an enlargement of time.

Respectfully submitted,

s/ ANN MARIE BENDER
ANN MARIE BENDER
Smith & Hennessey
316 Occidental Avenue South
Suite 500
Seattle, WA 98104
Tel: (206) 292-1770
Fax: (206) 292-1790

Attorney for plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

January 7, 2005

Attorneys for Defendant