# In the United States Court of Federal Claims

No. 04-1133C
Filed January 11, 2005

| | |
|---|---|
| ************************************ | |
| | * |
| AMERICAN TECH, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

A telephone status conference will be held on January 14, 2005 at 2:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge