# In the United States Court of Federal Claims

No. 04-1133C
Filed January 18, 2005

***********************************
*
AMERICAN TECH, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to the status conference held on January 14, 2005, the parties' Joint Motion For An Enlargement of Time, filed on January 7, 2005, is **GRANTED**. Accordingly, the parties will submit a stipulation of dismissal, pursuant to RCFC 41, or a status report **on or before April 7, 2005.** In the event the matter does not settle by April 7, 2005, the defendant will have until May 9, 2005 to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge