**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN TECH CORP, Plaintiff, v. THE UNITED STATES Defendant. | ) ) ) ) ) ) ) ) | CASE NO. 04-1133<br>Judge Susan G. Braden |

NOTICE OF ABSENCE OF COUNSEL

TO: PAUL WELLONS, ATTORNEY FOR THE UNITED STATES

Please take notice that Ann Marie Bender attorney of record for the Plaintiff in the above-entitled proceeding will be absent from her office from April 4, 2005 through April 15, 2005. The undersigned therefore requests that no depositions, motions, court hearings, examinations or other matters be scheduled during this period which require her attention in person or by pleading.

The undersigned has no partners or associates sufficiently familiar with this case to be able to work on the same.

SMITH & HENNESSEY PLLC

s/ ANN MARIE BENDER

Ann Marie Bender, WSBA 32563
Smith & Hennessey, PLLC
316 Occidental Avenue South, Suite 500
Seattle, Washington 98104
Telephone: (206) 292-1770
Facsimile: (206) 292-1790

March 14, 2005

*Counsel for Plaintiff American Tech Corp*