IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH Corp., Plaintiff, | ) | |
| v. | ) | No. 04-1133C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report, pursuant to the Court's Order of January 18, 2005. On January 14, 2005, the Court ordered the parties to attend a telephonic status conference. The Court called the conference to address the parties' Joint Motion for an Enlargement of Time, filed on January 7, 2005. Defendant had filed four prior motions for enlargements of time, which plaintiff did not oppose. The parties have negotiated in good faith to resolve this matter by ratifying a contract for the work and equipment at issue. See Parties' Joint Motion for an Enlargement of Time dated January 7, 2005.

Plaintiff states that it provided to defendant information regarding the pricing and value of the equipment and services at issue prior to the January 14, 2005 conference. On February 4, 2005, defendant requested from plaintiff copies of invoices reflecting the prices plaintiff paid for inputs it purchased in relation to the work at issue in this suit. Plaintiff states

that it provided all of the requested information, in addition to a summary of the information, on February 24, 2005.

On March 31, 2005, counsel for defendant informed counsel for plaintiff that the Department of Homeland Security had further questions and concerns regarding plaintiff's costs for the project at issue, and was still unable to provide a substantive response to plaintiff's settlement offer, pending since October 19, 2004. Counsel for defendant agreed to advise plaintiff of the agencies' questions and concerns as soon as possible.

Plaintiff states that the status of settlement negotiations is unclear at this juncture, because of the amount of time that has lapsed since plaintiff presented its settlement offer, and the government's failure to provide a response to that offer. Defendant states that the documents and invoices plaintiff has submitted to date do not explain plaintiff's claimed costs sufficiently to permit defendant to evaluate plaintiff's offer. Defendant will inform plaintiff of what further information it needs to evaluate plaintiff’s offer. Further, defendant will respond to the complaint by May 9, 2005, as ordered by this Court.

The parties also will attempt to continue their settlement negotiations.

Respectfully submitted,

s/ ANN MARIE BENDER
ANN MARIE BENDER
Smith & Hennessey
316 Occidental Avenue South
Suite 500
Seattle, WA 98104
Tel: (206) 292-1770
Fax: (206) 292-1790

Attorney for plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

April 1, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 1, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS