IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH CORP., Plaintiff, | ) | |
| v. | ) | No. 04-1133C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE ANSWER OUT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that this Court grant defendant leave to file, out of time, its answer to plaintiff’s complaint. Defendant respectfully requests that it be permitted to file its answer to plaintiff’s complaint no later than May 11, 2005. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

On January 18, 2005, the Court entered a stay in this action. Defendant's answer was due to be filed on May 9, 2005. Defendant's counsel inadvertently failed to file a timely answer. In part because of defendant counsel’s efforts to resolve this case through settlement, defendant's counsel inadvertently overlooked the filing deadline for the answer in this case. The parties remain optimistic that this case may be resolved through settlement negotiations.

It was indisputably defendant's counsel's obligation to file a timely answer. We apologize to the Court and to opposing counsel for failing to meet the deadline. We sincerely regret any inconvenience this may have caused the Court or opposing counsel.

For the foregoing reasons, defendant respectfully requests that its motion for leave to file defendant's answer out of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-8253
Fax: (202) 307-0972

May 10, 2005

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on May 10, 2005, a copy of the foregoing "Defendant's Unopposed Motion For Leave To File Answer Out Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS