# In the United States Court of Federal Claims

No. 04-1133C
Filed May 12, 2005

************************************
AMERICAN TECH, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
************************************

**ORDER**

Defendant's Unopposed Motion for Leave to File Answer Out of Time, filed May 10, 2005, is **GRANTED**.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge