# In the United States Court of Federal Claims

No. 04-1133C
Filed August 2, 2005

```
***********************************
                                  *
AMERICAN TECH, INC.,              *
                                  *
            Plaintiff,            *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
***********************************
```

**ORDER**

A telephone status conference will be held on August 15, 2005 at 3:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge