# In the United States Court of Federal Claims

No. 04-1133C
Filed August 15, 2005

| | |
|---|---|
| AMERICAN TECH, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

A telephone status conference will be held on **October 3, 2005, at 3:00 p.m., EST.**

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge