IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TECH Corp., Plaintiff, | ) | |
| v. | ) | No. 04-1133C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

STIPULATION OF DISMISSAL

The parties, through their undersigned counsel of record, hereby stipulate and agree, in accordance with Rule 41(a)(1) of the Rules of this Court, that the above-captioned case shall be dismissed with prejudice. Each party shall bear its own fees and costs.

s/ ANN MARIE BENDER
ANN MARIE BENDER
Smith & Hennessey
316 Occidental Avenue South
Suite 500
Seattle, WA 98104
Tel: (206) 292-1770
Fax: (206) 292-1790

Attorney for plaintiff

October 12, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ MARK A. MELNICK
MARK A. MELNICK
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

October 13, 2005

CERTIFICATE OF FILING

I hereby certify that on October 13, 2005, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS